AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TOM SHALOM, ET AL. *Plaintiff(s)* | ) ) ) ) ) ) ) Civil Action No. 1:25-cv-23837-RKA ) ) ) ) ) ) |
| v. | |
| BASHAR MASRI, ET AL. *Defendant(s)* | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BASHAR MASRI
Massar Building, Q Centre
Rawabi 666
Palestinian Authority

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez & Harris, P.A.
255 Alhambra Circle, Suite 330
Coral Gables, Florida  33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug 27, 2025



Angela E. Noble
Clerk of Court

SUMMONS

s/ B. Chin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TOM SHALOM, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> BASHAR MASRI, ET AL. <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-23837-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PALESTINE REAL ESTATE INVESTMENT COMPANY
Massar Building, Q Centre
Rawabi 666
Palestinian Authority

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez & Harris, P.A.
255 Alhambra Circle, Suite 330
Coral Gables, Florida  33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 27, 2025

Angela E. Noble
Clerk of Court



SUMMONS

*s/ B. Chin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

TOM SHALOM, ET AL.

*Plaintiff(s)*

v.

BASHAR MASRI, ET AL.

*Defendant(s)*

Civil Action No. 1:25-cv-23837-RKA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PALESTINE DEVELOPMENT & INVESTMENT COMPANY
Massar Building, Q Centre
Rawabi 666
Palestinian Authority

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez & Harris, P.A.
255 Alhambra Circle, Suite 330
Coral Gables, Florida  33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 27, 2025



Angela E. Noble
Clerk of Court

SUMMONS

*s/ B. Chin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TOM SHALOM, ET AL.<br><br>*Plaintiff(s)*<br>v.<br>BASHAR MASRI, ET AL.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-23837-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PALESTINIAN INDUSTRIAL ESTATE DEVELOPMENT COMPANY
Massar Building, Q Centre
Rawabi 666
Palestinian Authority

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez & Harris, P.A.
255 Alhambra Circle, Suite 330
Coral Gables, Florida  33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 27, 2025



Angela E. Noble
Clerk of Court

SUMMONS

*s/ B. Chin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TOM SHALOM, ET AL.<br><br>*Plaintiff(s)*<br>v.<br>BASHAR MASRI, ET AL.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-23837-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MASSAR INTERNATIONAL, LTD
Massar Building, Q Centre
Rawabi 666
Palestinian Authority

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez & Harris, P.A.
255 Alhambra Circle, Suite 330
Coral Gables, Florida  33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 27, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts