# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 1:25-cv-23837

TOM SHALOM, *et al.*,

      Plaintiffs,

v.

BASHAR MASRI, *et al.*,

      Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*,
## CONSENT TO DESIGNATION, AND REQUEST TO
## <u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Lee S. Wolosky of the law firm of Willkie Farr & Gallagher LLP, 787 7th Avenue NY, NY 10019, (212) 728-8000, for purposes of appearance as co-counsel on behalf of the Shalom, Sasi, Abramov, Goldberg-Polin, Beniashvili, Ben-Senior, Elmalem, Waldman, Ziering, Shay, Haggai, Neutra, Rousso, Katsman, Levy, Rosenfeld, Bomflek, Revivo, Weiser, Chen, Glisko, Leiter, Shafer, Schenkolewski, Morell, and Zimbalist Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Lee S. Wolosky to receive electronic filings in this case, and in support thereof states as follows:

1.      Lee S. Wolosky is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar, D.C. Bar, United States District Court for the Western District of New York, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and United States District Court for the District of Columbia.

2.      Movant, Brian J. Stack, Esquire, of the law firm of Stack Fernandez & Harris, P.A., 255 Alhambra Circle, Suite 330 Coral Gables, FL 33134, (305) 371-0001 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be

designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.       In accordance with the local rules of this Court, Lee S. Wolosky has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.       Lee S. Wolosky, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Lee S. Wolosky at email address: lwolosky@willkie.com.

WHEREFORE, Brian J. Stack moves this Court to enter an Order for Lee S. Wolosky, to appear before this Court on behalf of the above-mentioned Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Lee S. Wolosky.

Date: August 28, 2025                    Respectfully submitted,


                                         */s/ Brian J. Stack*
                                         Brian J. Stack
                                         Fla. Bar No. 0476234
                                         Stack Fernandez & Harris P.A.
                                         255 Alhambra Circle, Suite 330
                                         Coral Gables, Florida 33134
                                         Telephone: (305) 371-0001
                                         Email: bstack@stackfernandez.com

                                         *Local Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-23837**

TOM SHALOM, *et al.*,

      Plaintiffs,

v.

BASHAR MASRI, *et al.*,

      Defendants.

_____/

**<u>CERTIFICATION OF LEE S. WOLOSKY</u>**

Lee S. Wolosky, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the New York State Bar, D.C. Bar, United States District Court for the Western District of New York, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and United States District Court for the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s/ Lee S. Wolosky*        
Lee S. Wolosky
N.Y. Bar No. 2752335
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: lwolosky@willkie.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 1:25-cv-23837

TOM SHALOM, *et al.*,

     Plaintiffs,

v.

BASHAR MASRI, *et al.*,

     Defendants.

_____/

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Lee S. Wolosky, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Lee S. Wolosky, may appear and participate in this action on behalf of the Shalom, Sasi, Abramov, Goldberg-Polin, Beniashvili, Ben-Senior, Elmalem, Waldman, Ziering, Shay, Haggai, Neutra, Rousso, Katsman, Levy, Rosenfeld, Bomflek, Revivo, Weiser, Chen, Glisko, Leiter, Shafer, Schenkolewski, Morell, and Zimbalist Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Lee S. Wolosky, at lwolosky@willkie.com

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record