**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23837-ALTMAN**

**TOM SHALOM**, *et al.*,

   *Plaintiffs*,

v.

**BASHAR MASRI**, *et al.*,

   *Defendants.*
_____/

**ORDER OF RECUSAL**

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in the Southern District of Florida on September 9, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Darrin P. Gayles.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

25-cv-23837-Gayles/Shaw-Wilder

**BY ORDER** of the Court this 9th day of September 2025.

ANGELA E. NOBLE
Clerk of Court

By:

*s/Valerie Kemp*

copies provided to:
counsel of record
Clerk of Court