# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOM SHALOM, *et al.*,

Plaintiffs,

v.

BASHAR MASRI, *et al.*,

Defendants.

Civil Action No. 25-cv-01024

**DECLARATION OF ZAINA FONTANE**

I, Zaina Fontane declare as follows pursuant to 28 U.S.C. § 1746:

1. I am attorney with Willkie, Farr & Gallagher LLP, co-counsel for Plaintiffs in the above-captioned action.

2. I am over the age of 18 and attest that the facts set forth in this Declaration are true and correct to the best of my knowledge, information, and belief. This Declaration is made in support of Plaintiff's Motion to Serve Defendant Bashar Masri by Alternative Means.

3. Attached as **Exhibit 1** is a true and correct copy of an affidavit of process server Sheridan Johnson with Capitol Process Services, Inc. dated June 6, 2025, detailing efforts to serve Bashar Masri ("Masri") at 2335 Ashmead Place, NW, Washington, DC 20009 (the "Ashmead Address").

4. Attached as **Exhibit 2** is a true and correct copy of an affidavit of mailing executed by Katherine Aiello, an employee of Willkie Farr & Gallagher LLP, co-counsel for Plaintiffs in this case. On June 10, 2025, Ms. Aiello transmitted documents to serve Masri by

registered mail, return receipt requested, at the Ashmead Address (tracking number RE406410092US with the United States Postal Service).

5. Attached as **Exhibit 3** is a true and correct copy of available tracking information with the United States Postal Service, which indicates that delivery was attempted on June 10, 2025, but no authorized recipient was available at the Ashmead Address to receive the documents.

6. Attached as **Exhibit 4** is a true and correct copy of a news article published by *The Times of Israel* on April 11, 2025.

7. Attached as **Exhibit 5** is a true and correct copy of a news article in Hebrew published on May 23, 2025 by *Yediot Ahronot*, along with a certified translation from Hebrew to English. *Yediot Ahronot* is an Israeli newspaper and the highest in circulation daily in Israel. The official X page for *Yediot Ahronot* describes it as being "Israel's largest news website."[1] And, the Wikipedia page for *Yediot Ahronot* similarly characterizes it as being "Israel's largest paid newspaper by sales and circulation."[2]

8. The following are e-mail addresses Plaintiffs' counsel were able to locate for Masri: BMasri@rawabi.ps; BMasri@masar.com; info@basharmasri.com; masrib307@gmail.com.

9. Plaintiffs' counsel located Bashar Masri's Instagram account with the username "basharmasri." The Instagram account includes a blue checkmark, indicating that it is a verified account. The most recent post from the Instagram account was on June 5, 2025, and photographs were posted on the account six times in May 2025. This Instagram account also links to an official website for Bashar Masri: basharmasri.com. The official website includes a

[1] Available at: https://x.com/ynetnews?lang=en (last visited June 24, 2025).

[2] Available at: https://en.wikipedia.org/wiki/Yedioth_Ahronoth (last visited June 24, 2025).

"contact us" page, which lists as contact information the email address info@basharmasri.com. Plaintiffs' counsel also located Marsi's official X account, with account handle @BasharFMasri. Masri's X account likewise contains a blue verification checkmark, includes recent activity (most recent post made on June 5, 2025), and is linked to Masri's official website. Plaintiff's counsel further located Masri's Facebook account, with the account name basharmasribm. Plaintiff's counsel found that the email address masrib307@gmail.com is the registration email linked to Masri's Instagram, X, and Facebook accounts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2025.

By: Z. Fontane

Zaina Fontane (D.C. Bar. No. 90014285)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fascimile: (202) 303-2000
zfontane@willkie.com

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOM SHALOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BASHAR MASRI, *et al.*,<br><br>Defendants. | Civil Action No. 25-cv-01024 |

**AFFIDAVIT OF DUE DILIGENCE**

STATE OF Maryland )
COUNTY OF Prince George's) SS:

I, Sheridan Johnson, a private process server, having been duly authorized to make service on Bashar Masri of the Summons and Complaint in the above-captioned action, hereby declare:

1. I am over 18 years old and not a party to or otherwise interested in this matter.

2. I am the Custodian of Records of Capitol Process Services, Inc., which is retained by Willkie Farr & Gallagher LLP ("Willkie") to make service of process on Bashar Masri in connection with the above-captioned action. Specifically, I was authorized by Willkie to serve the following documents on Bashar Masri: the Summonses; Original Complaint dated April 7, 2025; Notice of Errata and Corrected Complaint dated April 7, 2025; Corrected Complaint; and Minute Order Granting Ex Parte Motion for Waiver of Local Rule 5.1(c); Notice of Right to Consent to Trial Before a United States Magistrate Judge and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Plaintiffs' Ex Parte Motion for Waiver of Local Rule 5.1(c); Civil Cover Sheet (together the "Documents").

3. I have been unable to serve Bashar Masri after due search, careful inquiry, and diligent attempt(s).

4. On May 24, 2025 at 7:07 pm, I attempted to serve the Documents on Bashar Masri at 2335 Ashmead Place, NW, Washington, DC 20009. I knocked on the door several times and rang the intercom. A woman eventually answered the intercom. She spoke with me via the intercom and declined to accept service of the Documents.

5. On May 30, 2025 at 6:44 pm, upon further instruction from Willkie, I made another attempt to serve Bashar Masri at 2335 Ashmead Place, NW, Washington DC, 20009. I rang the intercom and spoke with the same woman whom I spoke with on May 24, 2025. The woman this time identified herself as Jane Masri. I asked the woman if she could accept the Documents for Bashar Masri. She stated that she would not accept service of the Documents for various reasons and that she was, in any event, answering the intercom remotely from a location abroad.. She stated that the Documents could not be left at the 2335 Ashmead Place residence because no one was there to accept them and claimed that Bashar Masri in does not live there in any event. She reiterated that the Documents cannot be left at the 2335 Ashmead Place residence and asked me to find another way to reach Bashar Masri, from whom she claimed to be divorced.

I solemnly affirm under the penalties of perjury that the contents of this affidavit are true to the best of my knowledge, information, and belief.

Executed on June 6, 2025

By: ______________________

Sheridan Johnson

Sworn to before me this 6th day of June, 2025

Angela H. Croson
Notary Public

ANGELA H CROSON
NOTARY
EXPIRES:
02-05-2029
PUBLIC
PRINCE GEORGE'S COUNTY, MD

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

TOM SHALOM, *et al.*,

Plaintiffs,

v.

BASHAR MASRI, *et al.*,

Defendants.

Civil Action No. 25-cv-01024

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK )
: ss:
COUNTY OF QUEENS )

Katherine Aiello, being duly sworn, deposes and states that she is not a party to the within action, is over the age of 18 years, and resides in Nassau County, State of New York.

On the 3rd day of June, 2025, the deponent mailed the Summonses, Original Complaint dated April 7, 2025, Corrected Complaint dated April 7, 2025, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Plaintiffs' Ex Parte Motion for Waiver of Local Rule 5.1(c) with the [Proposed] Order, Civil Cover Sheet and a copy of the PACER Docket Sheet by mailing a true copy of the same via registered mail, return receipt requested, securely enclosed in a postpaid first class wrapper and placed under the care and custody of the United States Postal Service located at 322 W 52nd Street, New York, NY 10019, and directed to the following:

Bashar Masri
2335 Ashmead Place, N.W.
Washington, DC 20009

Katherine Aiello

Sworn to before me this
19 day of June 2025

Kathy A. Lipinski
Notary Public

KATHY A LIPINSKI
Notary Public, State of New York
No. 01LI6267988
Qualified in Queens County
Commission Expires August 27, 2028

# EXHIBIT 3

## Latest Update

We attempted to deliver your item at 1:51 pm on June 10, 2025 in WASHINGTON, DC 20009 and a notice was left because an authorized recipient was not available.

### Delivery Attempt

**Notice Left (No Authorized Recipient Available)**

WASHINGTON, DC 20009
June 10, 2025, 1:51 pm

**Arrived at Post Office**

WASHINGTON, DC 20018
June 10, 2025, 7:34 am

**See All Tracking History**

### What Do USPS Tracking Statuses Mean?

# EXHIBIT 4

# Leading Palestinian American drops Harvard position after claims he aided Hamas

University's Kennedy School of Government says lawsuit against Bashar Masri 'raises serious allegations that should be vetted'

By **LUKE TRESS** FOLLOW
11 April 2025, 6:04 am

Palestinian entrepreneur Bashar al-Masri in front of his residential project of Rawabi in the West Bank, on February 23, 2014. (Hadas Parush/Flash 90/File)

A prominent Palestinian-American businessman, Bashar Masri, quit his position at Harvard University after a lawsuit alleged that he aided Hamas with development projects in Gaza, according to a Thursday report.

Masri served on the dean's council at Harvard's Kennedy School of Government. The school confirmed to The New York Post that Masri had resigned after the lawsuit was filed by victims of the October 7, 2023, attack and their families.

"The lawsuit raises serious allegations that should be vetted and addressed through the legal process," a spokesperson for the Kennedy school told the news outlet.

The lawsuit, filed on Monday, argued that Hamas deceived Israel ahead of the invasion by feigning an interest in developing Gaza, and that Masri and his companies were "an integral part of that grand deception."

"They owned and operated flagship properties in Gaza that they knowingly and deliberately integrated into Hamas's terrorist infrastructure and that were crucial elements in Hamas's attack plan on October 7," the lawsuit said.

The plaintiffs were around 200 American victims of the October 7 attack and their family members, including the families of slain hostages Hersh Goldberg-Polin and Itay Chen, and Yechiel Leiter, Israel's ambassador to the US, whose son was killed in Gaza in November 2023.

The lawsuit did not say that Masri knew about the October 7 attack, but it did assert that he was aware that Hamas was using his properties for military purposes.

Some of Masri's development projects appeared to be legitimate, but were also used to build and hide Hamas tunnels, store rockets, host Hamas leaders, train Hamas operatives, and produce electricity for Hamas tunnels, the case said.

The lawsuit focused on the Gaza Industrial Estate, a 480,000-square-meter industrial park across the border from Kibbutz Nahal Oz, one of the hardest-hit communities in the October 7 attack. The park was financed by USAID, the UN, the EU, and others. Masri coordinated the park's development with Hamas, and the terror group built tunnels under the park, used the facility to probe the border fence, and siphoned its electricity for tunnels, the lawsuit alleged. A water tower at the park held a Hamas anti-tank weapons installation in view of the border wall.

Masri also oversaw two luxury hotels in Gaza that Hamas, including its late chief Yahya Sinwar, used to host events. The terror group's tunnels ran underneath and were connected to the hotels, the suit said. One of the hotels, the Blue Beach, was allegedly connected by tunnel to a Hamas training facility. The terror group used the hotels as a base of operations and to ambush IDF troops, the lawsuit said.

Masri's office denied the allegations in a statement shared with The Times of Israel.

"He was shocked to learn through the media that a baseless complaint was filed today, referring to false allegations against him and certain businesses he is associated with. Neither he nor those entities have ever engaged in unlawful activity or provided support for violence and militancy," the statement said. "He unequivocally opposes violence of any kind. He will seek the dismissal of these false allegations in court."

In addition to his position at Harvard, Masri served on the advisory council for the US Development Finance Corporation from 2020-2023, and has been linked to the Trump administration. He led the development of Rawabi, a planned city in the West Bank and a major project.

The lawsuit seeks damages under the Anti-Terrorism Act and a trial by jury. It was filed in the federal district court of Washington, DC, where Masri has a residence. The law firms Willkie Farr & Gallagher, Osen, Stein Mitchell Beato & Missner, and Motley Rice are representing the plaintiffs.

Case 23-10724-JMC Doc 14-6 Filed 06/25/25 Page 1 of 22

# EXHIBIT 5



בין המטוס הפרטי (שהיה שייך לערפאת) לסוויטה הנשיאותית במלון בתל־אביב, המיליארדר הפלסטיני בשאר אל־מסרי מייעץ לממשל טראמפ והיה מעורב בשחרור עידן אלכסנדר, מתכנן את היום שאחרי אבו־מאזן, ופועל לסיום המלחמה לפני שעוד אזעקה תתפוס אותו. במקביל הוא מנסה להתחמק מתביעת פיצויים ובה האשמות חמורות מצד משפחות קורבנות 7 באוקטובר, ובהן חברו הקרוב לשעבר, איש העסקים איל וולדמן. ולמרות ש"הבעיות המחורבנות של המזרח התיכון רודפות אותי לכל מקום", הוא משוכנע שיש דרך לפתור אותן





"האמת, אין דרך להבטיח שזה לא יגיע לחמאס". הסיוע ההומניטרי לעזה, השבוע

צילומים: איי־אף־פי, רויטרס

**"הפחד הכי גדול שלי הוא להיכנס למקלט ושאנשים יגלו שאני פלסטיני. פגיעת טיל פחות מפחידה אותי מהאפשרות שאותקף על ידי אנשים עצבניים. יש לי מאות חברים ישראלים, ישנתי בבתיהם, אבל כאן לא מדובר בחברים אלא בהמון זועם ואמוציונלי. כל מה שצריך זה אדם אחד שיצעק 'יש כאן פלסטיני!'"**

בשאר אל־מסרי מושך מבטים בטיילת שתוהים לגבי הבחירה האופנתית של אדם שבחר במחויט על פני כפכפים בחום הזה של תל־אביב. הסקרנות גוברת מול המראה המוקפד והפמליה שמקיפה אותו, עד שעובר אורח שזונח את הביישנות מגיע לברר וחוזר על עקבותיו, מפטיר כמעט מאוכזב "אה, הוא איזה איש עסקים".

זו דרך אחת לתאר את בשאר אל־מסרי, אבל הנה עוד כמה: הוא מיליארדר ובן למשפחה הפלסטינית העשירה בעולם, בעל קשרים מהבית הלבן ועד קטאר; הוא מייעץ מקרוב לחברו הטוב ושליחו של טראמפ לנושא החטופים, אדם בוהלר, והיה מעורב בשחרור החייל עידן אלכסנדר מהשבי; ומבין חבריו בישראל, לא היה קרוב אליו מהמיליארדר איל וולדמן, שלפני כחודש הגיש נגדו, ביחד עם משפחות נוספות של קורבנות טבח 7 באוקטובר, תביעה עם האשמות חמורות.

לצד כל אלה בשאר אל־מסרי הוא גם, ונראה שבעיניו בעיקר, האיש שמשוכנע שבכוחו לרשת את אבו־מאזן ולהצליח היכן שכשל ראש הרשות הפלסטינית, במאבק מול חמאס ובטיפוח היחסים עם ישראל. ההבנה שעתידו בפוליטיקה, הוא אומר, נפלה בעקבות 7 באוקטובר והמלחמה. וגם כאן, הכל מתחיל בצלחת.

"היום בארוחת הבוקר במלון אמרתי לקולגות שלי, 'וואו, כל אדם שעובר במלון הזה נראה ממדינה אסייתית'. כשהתארחתי בעבר במלונות ישראליים, כל העובדים היו פלסטינים", הוא אומר על אחוזי האבטלה הגבוהים ברשות. "לא יהיה לנו שלום אמיתי עם השכנים שלנו כשאנחנו עניים ולא עצמאיים. אנחנו צריכים לעמוד על הרגליים".

הדרך לפנטזיה של אל־מסרי עוברת בשגשוג כלכלי שהוא משוכנע שיידע לספק. אבל עד שזה יגיע, צריך להתחיל בבסיס. במהלך המלחמה הוא קידם הכנסת סיוע הומניטרי לרצועת עזה, ובירך השבוע על ההחלטה הישראלית לחדש אותו. "אני לא מעורב בתוכנית הישראלית הנוכחית", הוא אומר, "אבל גורמים פלסטיניים הם אלה שצריכים לחלק את הסיוע בעזה. אני לא מבין למה צריך לערב חברות בינלאומיות וגורמים חיצוניים".

**איך נוכל להיות בטוחים שהסיוע ההומניטרי לא מגיע לידי חמאס?**

"אני לא חושב שנוכל להיות בטוחים בזה, האמת. אנשים רעבים עומדים שבוע בתור לקבל מזון, ואז מגיע אליהם חמוש ואומר להם, 'תנו לי את זה'. מה הם יכולים לעשות? ברור שאנחנו לא רוצים שזה יגיע לחמאס, אבל להרעיב אנשים בגלל זה – זה מגוחך".

אל־מסרי מתגאה בכך שלאורך השנים התנגד לחרם על ישראל, וספג ביקורות מבית וגינויים מצד ארגוני בי־די־אס. "הקיצוניים קראו לי 'מנרמל'. ואיפה אני היום? מנרמל פופולרי, זה בסדר גמור מבחינתי. בוודאי שאני מנרמל. לא לקנות מוצרים ישראליים? זה מטופש", הוא אומר.

הפרויקט שהוא מתגאה בו יותר מכל הוא הקמת רוואבי, העיר הפלסטינית המתוכננת הראשונה, שסמוכה לרמאללה. "כשהקמתי אותה, הדבר הפופולרי היה להצהיר כמו קולגות שלי, 'לא אקנה סחורה ישראלית!' ואני אמרתי, אם לא אמצא סחורה פלסטינית במחיר סביר, אקנה כל דבר מבחוץ – כולל מישראל. ויותר מזה, נחשו מה, חבר'ה? ישראל תוכל לספק 90 אחוזים ממה שאקנה, בזכות זמינות חומרים וקרבה פיזית. אמרו לי, 'אתה לא יכול להרשות לישראל להשקיע בפלסטין'. למה? תן להם לשים את הכסף שלהם אצלנו. אם ישראלים ישקיעו פה, בהמשך הם יפנו לצה"ל ויגידו 'המצור שהטלת הורג את העסקים שלי'. אז אמרתי, תנו לישראלים להיות הלוביסטים שלנו, השותפים שלנו. אין בזה שום דבר רע".

**מה תעשה אחרת מאבו־מאזן אם תחליף אותו כיו"ר הרשות?**

"אתה מודע לבחירות באופק?

**רק לגיל שלו ולכך שזה לא מספר שיורד עם השנים.**

"זו חרפה שלא היו לנו בחירות כבר 20 שנה. ברגע שתושג הפסקת אש, אנחנו חייבים ללכת לבחירות בתוך חצי שנה, מקסימום שנה. יש החלטות קשות לקבל. אגב, למה אנחנו צריכים לחכות ליום שאחריו? אני מאחל לו שנים רבות, אבל למה צריך לחכות שאדם ימות?"

**אז תתמודד על ההנהגה הפלסטינית?**

"תלוי מתי יהיו בחירות, אם זה בעוד 20 שנה אהיה זקן מדי. אחרי הזוועות שעברנו, פלסטינים וישראלים, אם המדינה שלי קוראת לי – לא אהסס לשרת אותה. זה לא מוסרי להיות גרידי ולומר 'לא מתאים לי עכשיו'. זה אולי נשמע שאני מחפש את זה, אבל אני מעדיף לשוט ביאכטה שלי וליהנות מהחיים, עבדתי קשה 40 שנה ואשמח לבלות עם משפחתי, אבל המציאות מאלצת כל אדם בעל מודעות להתייצב".

**ומה תציע אחרת מאבו־מאזן?**

"אתרכז בפיתוח דמוקרטיה חילונית, כמו שהייתה הרשות הפלסטינית. זו לא המצאה שלי. לא נוכל להיות דיקטטורה ובמקביל לקיים יחסים עם ישראל הדמוקרטית".

**מה זה אומר במעשים?**

"ארצה שפלסטין תצמח ותשגשג, ארים פרויקטים שמייצרים מקומות עבודה. זה הדבר הראשון. בכנות, אני לא חושב שההנהגה הנוכחית בכלל משקיעה מאמץ בנושא. שנית, אני צריך לפנות אליך. בלעדיכם, הישראלים, נישאר חנוקים ונשלטים. ואני צריך לגרום לך להרגיש בנוח ולא לשטות בך, למען הדור הבא. לכן אעשה שינויים קונטרוברסליים במערכת החינוך. אם נמשיך ללמד את ילדינו שנאה, נקבל מלחמה אחר מלחמה. אנחנו ואתם כאן כדי להישאר, והגורל שלנו משותף. נכיר בישראל כמו שהכרנו בהסכמי אוסלו, נשים אותה על המפה ונלמד ילדים עברית. אני מופתע שהדור החדש בישראל לא דובר ערבית, אלא אם הם בתפקידי מודיעין".

**איך תצליח היכן שקודמיך נכשלו במאבק מול חמאס?**

"חמאס ניצח בבחירות בגלל חולשת הרשות הפלסטינית, ועשה הפיכה. לחשוב שהעם הפלסטיני הצביע חמאס זו טעות, זה לא שהם קיבלו 51 אחוז מהקולות. צריך להסתכל לעבר ישראל מתוך אמונה שהעמים שלנו מוכנים לזה".

**אתה מדבר על הבעיה ההיסטורית, אני מנסה להבין את הפתרון העתידי.**

"גם הפתרון העתידי יכלול בחירות, ומי שירוץ בבחירות הפלסטיניות לא יוכל להתמודד נגד המערכת שמקיימת אותן. אם הוא קיצוני ומעוניין שישראל תחדל מלהתקיים, הוא לא ישתתף בבחירות".

**חמאס יסכים לוותר על השלטון בעזה?**

"אני לא חושב שיש להם ברירה, הם כבר הצהירו על כך בשיחות פרטיות ובציבור. העניין כרגע הוא האם הם ייראו טוב או רע ציבורית, אבל זה לא מעניין וצריך להתקדם. אסור שיהיו קבוצות חמושות בגדה ובעזה, רק כוחות הממשלה הלגיטימית. זו לא רק דרישה ישראלית (לפרק את חמאס מנשקו – א"ב), זו גם דרישה פלסטינית".

**איך אתה רואה את הסיכויים שלך להיבחר?**

"הסיכויים שלי טובים מאוד (צוחק), אני יודע את זה. אבל מדאיג אותי שכבר מסמנים אותי כמטרה בזמן שאין בחירות. זה סתם הופך אותי ליעד".

× × ×

האיש שמחלק את זמנו בין רוואבי ורמאללה לוושינגטון, מבקר לעיתים תכופות בישראל ורוצה להרגיש שייך בכל מקום שהוא מגיע אליו. מה עושה מיליארדר שרוצה להרגיש בבית? פשוט קונה לעצמו אחד. בימים האחרונים הוא מחפש בתל־אביב את מבוקשו בנכסים רחבי ידיים על הים. בינתיים הוא מתארח בסוויטה הנשיאותית במלון קמפינסקי ברחוב הירקון, שם גם חגג עם בוהלר את שחרורו של עידן אלכסנדר, כפי שתיאר נחום ברנע בטורו ב"המוסף לשבת" בשבוע שעבר. "הייתי מאוד מעורב בפתיחת הדלתות שהובילה לפגישה של בוהלר עם אנשי חמאס בדוחא", אומר אל־מסרי על המאמץ שנשא פרי. "בהחלט היה לי תפקיד גדול ביוזמה הזו".

**דיברת עם משפחת אלכסנדר?**

"לא, אני לא בטוח שהם בכלל יודעים מי אני. אני חושב שפגשתי את אמא שלו ביום ההשבעה של טראמפ. משפחות חטופים ישבו לפנינו, ודיברתי עם כמה מהן".

**אתה בטח מודע לתסכול בישראל מכך שלצד השמחה על שחרורו של עידן אלכסנדר, משפחות חיילים חטופים בלי אזרחות אמריקאית מרגישות שנשכחו.**

"בוא נזכור שביום ההשבעה של טראמפ, בולדוזר יהודי אחר, סטיב וויטקוף, סגר עסקה ששיחררה חטופים רבים שאינם אמריקאים, אז זה לא הוגן להגיד שהאמריקאים פועלים לשחרר רק אמריקאים".

**לא רק אמריקאים שוחררו מהשבי, אבל החייל היחיד ששוחרר הוא אמריקאי.**

"שחרור עידן אלכסנדר קבע תקדים, שוחרר חטוף שהוא חייל בשירות פעיל. אז זה חיובי. צריך להסתכל על היתרונות, וזה מוקדם לשפוט כי אנחנו בתהליך. סטיב ואדם נסעו לדוחא אחרי השחרור של אלכסנדר, כדי לשחרר חטופים נוספים. הם חייבים לחזור הביתה והמלחמה חייבת להסתיים".

למחרת שחרורו של עידן אלכסנדר המשיכו החגיגות במסעדה בהרצליה, עד שנשמעה אזעקה שזרעה

"זו חרפה שאין בחירות". אבו־מאזן

9411885-0

"היה לי חלק גדול במהלך". שחרור עידן אלכסנדר

צילום: דובר צה"ל

"7 באוקטובר היה אירוע בהיקף אלימות שלא הכרנו. ידענו מכוניות תופת, דקירות, ואני מתנגד ביג טיים לכל אלה, אבל 7 באוקטובר זו סקאלה אחרת, משהו שמוחות מרושעים תיכננו במשך תקופה. אני איש עסקים, אני לא אמור לדעת דברים כאלה ובטח שאני לא מעורה בנושאים צבאיים"

באל־מסרי בהלה, ולא בגלל הטיל החות'י. "הפחד הכי גדול שלי הוא להיכנס למקלט ושאנשים יגלו שאני פלסטיני", הוא אומר. "פגיעת טיל פחות מפחידה אותי מהאפשרות שאותקף על ידי אנשים עצבניים. כשתפסה אותי אזעקה בדרך לשדה התעופה, אמרתי תורה לאל שאני בכביש. אבל במסעדה ביקשו שנתקדם למרחב המוגן, אז אמרתי לחבר פלסטיני שהיה איתי, 'שום מילה בערבית'".

**חווית גזענות בישראל?**

"לא ממש, לא. יש לי מאות חברים ישראלים, ישנתי בבתיהם, אבל כאן לא מדובר בחברים אלא בהמון זועם ואמוציונלי. כל מה שצריך זה אדם אחד שיצעק 'יש כאן פלסטיני!' ויחשבו שאני מספק מיקום לטיל, או לא יודע מה. דברים מטורפים יכולים לקרות בתקופה הזו".

בזמן שהוא מבלה בין חגיגות לאזעקות, חונה בנתב"ג מטוסו הפרטי של אל־מסרי, שבעבר היה שייך לערפאת. "פניתי לאדם שקנה אותו זמן קצר לאחר הרכישה, כי הופתעתי לגלות שהוא למכירה", הוא אומר. "לא מיהרתי, אני לא זקוק למטוס פרטי, אבל אני חושב שהמטוס הפרטי הראשון של יו"ר הרשות הפלסטינית הראשון, צריך להישאר בבעלות פלסטינית ולסיים יום אחד במוזיאון פלסטיני. ואני יודע היכן הוא יהיה, מתחת לדגל הגדול על הגבעה ברוואבי".

אל־מסרי לא מספר בכמה רכש את מטוס הצ'לנג'ר 604 ששימש את ערפאת, אבל מספק טיפ למתעניינים מחוג הסילון. "המטוס הזה פרייסלס", הוא אומר. "אבל אני מעריך שהוא שווה כחמישה מיליון דולר". המטוס הפרטי הזה שימש את בוהלר בסבב פגישותיו עם מנהיגים באזור, במגעים לקידום עסקת חטופים. "יותר נכון לומר שטסנו יחד פעמים רבות, ולרוב במטוס שלי, אחרי שהוא מונה לשליחו של טראמפ ולפני השבעתו כנשיא. קהיר, קטאר, תל־אביב, ירדן, טורקיה, בחריין, איחוד האמירויות – הוא רק מונה ורצה לקבל את התמונה המלאה, ולהבין מי זה מי".

את בוהלר הכיר לפני כשמונה שנים, ובין השניים נוצרה לדבריו חברות אישית נטולת עסקים משותפים, אבל עם הרבה דיבורים על פוליטיקה אזורית. באמצע דצמבר התחילו השניים לטוס יחד ברחבי האזור, "כדי להחזיר את החטופים ולסיים את המלחמה", אומר אל־מסרי. "זה יותר גדול מאשר החזרת החטופים, אבל יש דחיפות להציל חיים ואדם נחוש להחזיר את כולם הביתה".

**קשריך במדינות ערב סייעו בפתיחת דלתות לבוהלר?**

"במקרים מסוימים. רוב מנהיגי המדינות האלה נפגשו איתו וקיבלו את פניו בברכה. אני ייעצתי בנושאים מסוימים, כמו לדפוק על דלת כזוואחרת".

**על איזו דלת הוא דפק בעצתך?**

"ייעצתי לו ללכת לירדן ולפגוש את הוד מלכותו, זו למעשה הייתה הנסיעה הראשונה שלנו. ירדן לא הייתה שחקן בנושא החטופים, והיא חשובה מאוד בתהליך. גם טורקיה חשובה, וכדאי לשמוע איזה לחץ היא יכולה לייצר".

**אגב, מאיזה מוצא הטייסים במטוס הפרטי שלך?**

"לרוב ישראלים. לעיתים קרובות אני מעדיף טייסים עם אזרחות כפולה, כי אנחנו טסים למקומות שלישראלים קשה או בלתי אפשרי להיכנס. כשטסנו לאפגניסטן או לעיראק, הבאנו טייסים אחרים, כי באנו לשחרר חטופים ולא לייצר חטופים נוספים".

× × ×

שתי בנותיו של אל־מסרי דוברות עברית, אחת מהן לומרת גם יידיש. הוא עצמו לא דובר עברית, אבל הוא מבין היטב את אלה שמדברים אותה. ההיכרות עם המנטליות הישראלית סייעה לו מאחורי הקלעים כבר בימי אוסלו. "הלכתי למלון מייפייר בוושינגטון, היכן שהיה שמעון פרס", הוא נזכר. "הוא וערפאת סיכמו בטלפון שאאסוף את ההסכם הסופי ממנו, ואלך לסוויטה של ערפאת כדי למסור לו אותה. רגע היסטורי מאוד".

במהלך שיחות השלום אירח את צוות המשא ומתן הפלסטיני בוושינגטון הבירה. "אמרתי להם שיש לי חדר ישיבות גדול ברחוב 13, והאזור הזה היה מלא זונות בזמנו, אז הם שאלו אותי למה יש קונדומים זרוקים ברחוב. חלקם מעולם לא היו עד אז מחוץ לפלסטין", הוא אומר. "הזמנו פיצה, ישבנו ארבע שעות, וברגע שסיימנו את הפגישה ראיתי ציטוטים ממנה בחדשות. אמרתי, 'בחייאת חבר'ה, מה עם קצת סודיות?'

"הבעיות המורכבות של המזרח התיכון רודפות אותי בכל מקום", הוא אומר. "במקרה הייתי בוושינגטון כשצוות המשא ומתן, שבו כולם חברים שלי, הגיע לעיר. אחד מחבריי הטובים, אכרם הניה, הוביל את המשלחת. אז יצאנו בלילה עם ד"ר סאיב עריקאת המנוח. שניהם אהבו סרטים, והייתי צריך להוציא אותם. החבר'ה היו כל כך עייפים שבאמצע הסרט שמעתי נחירות ונשארתי לראות אותו לבד, למרות שאני בכלל לא אוהב סרטים".

**מי לא אוהב סרטים?**

"החיים מלאים במספיק סרטים".

**שמעתי שהיה לך גם סרט אחר. אחרי שאריאל שרון נבחר לראשות הממשלה ב־2001, היית חלק מערוץ חשאי בין שרון לערפאת, שכלל ביקור של עמרי שרון בביתך.**

"אתה עובד עם שב"כ? (צוחק). כן, זה נכון. שרון כונה 'מיסטר ג'נוסייד', והיה ניסיון להביא אותו ואת ערפאת לדבר בשיחות סודיות בשיא האינתיפאדה. ערפאת קרא לי ואמר, 'מישהו יגיע אליך עם מסר אליי, תרגיש בנוח לסרב'. אמרתי, 'אדוני הנשיא, אעשה הכל. המוקטעה קרובה, חמש דקות נסיעה מהבית שלי, ונאמר לי 'הנשיא רוצה לפגוש את הבן של שרון בבית שלך'. זה היה עמרי. אמרתי, מה?! וואו, זה ביג! ואני חושב לעצמי, 'הוא בטח יבוא בטנק ישראלי, הם ירצו להגן עליו'. הסכמתי כי זה מה שערפאת רצה, אבל תהיתי למה הוא לא יכול לפגוש אותו במוקטעה".

**חששת לארח פגישה כזו?**

"בכנות כן, אבל אומרים שבלי אומץ אין תהילה. הלכתי לגרושתי – אז אשתי – ואמרתי לה. 'בשום אופן אני לא נשארת עם הבנות בבית', היא אמרה. שרון היה חרשות רעות לפלסטינים, אז היא לקחה את הבנות למלון".

**ומה היה בפגישה הסודית בין ערפאת לשרון?**

"הפגישה ארכה שלוש שעות לפחות והייתה מאוד חיובית, אבל לא הובילה לשום דבר. למה? 99 אחוז בגלל המשקעים האישיים בין שרון וערפאת".

אל־מסרי (64) גדל כילד שמנת למשפחת אצולה מבוססת בשכם, בנו של רופא ואחיינו של מיליארדר אחר, איל ההון סביח אל־מסרי, ששוויו מוערך בכעשרה מיליארד דולר. בילדותו נשלח פעם אחר פעם למעצרים מינהליים, "שמונה או תשע פעמים", כשניסה לדבריו להוכיח לחבריו שאינו הילד המפונק שהם חושבים שהוא.

**זרקת אבנים?**

"אני לא אדם אלים, אבל לומר שלא זרקתי אבן מעולם זה שקר. זרקתי פעם אחת, כי הילדים תמיד ראו בי ילד אליטה עשיר ממשפחת אל־מסרי. מאז, בכל פעם שהיה משהו – הגיעו לעצור אותי. בשתיים בלילה ראיתי חיילים מעל המיטה, הם רצו להעיר אותי ואמא שלי התעקשה שתעשה זאת בעצמה. ואז לוקחים אותך, אתה מקבל מכות בג'יפ, ומגיע למעצר של 18 או 21 יום".

**אז ההורים שלך שלחו אותך ללמוד בחו"ל כדי שתתרחק מצרות?**

"כן. בגיל 17 מצאתי את עצמי פתאום בקהיר, ושם תלמידים מעשנים חשיש ושותים אלכוהול, והיו זונות מתחת לבית שלי, ואני רק ילד. אז עזבתי לארצות־הברית. אבא שלי בוגר אוניברסיטת וירג'יניה, אחי ואחותי נולדו בניו־יורק, וכילד הייתי אומר לאמי, 'למה עזבתם את ניו־יורק כשהיית בחודש שישי? אם הייתם נשארים הייתי נעשה נשיא ארצות־הברית'. היא ענתה, 'תשאל את אבא שלך'. הם רבו על זה".

מאז הפך למיליארדר ובעליה של חברת האחזקות הבינלאומית "מסאר", שהוקמה ב־1994 "והייתה הרגע שבו עברתי ממאות אלפים למיליונים". הוא מחזיק בין השאר גם בקרן ההשקעות סיראז', העיתון הפלסטיני "אל־איאם", ובהקמת העיר רוואבי נעזר במשקיעים מקטאר. "באתי ממשפחה עם הרבה עשירים, אבל בניתי את עצמי", הוא מתעקש.

עסקיו של אל־מסרי מקיפים את העולם, אבל למרות קשריו העמוקים בוושינגטון הוא לא חושש להעביר ביקורת על הנשיא טראמפ ותוכנית ההגירה מרצון שהציע לתושבי עזה. "זה מזעזע", הוא אומר. "שאלתי, לאן ייקחו אותם? אמרו לי, 'סומליה'. עניתי, אה, כן? היא תעמוד בזה? אין שם עוני ורעב? אמרו לי, 'לא, בשאר, זו סומלילנד'. אמרתי, וואו! קול! זה נשמע כמו דיסנילנד, אולי גם אני אלך".

**צחוק בצד, מדינת היעד היא לא באמת העניין, אני מניח. טרנספר בהסכמה לקנדה או גרמניה היה מקובל עליך?**

"עקירת אנשים בכוח היא תמיד דבר רע. כל אדם מורעב, שמודאג מכך שילדיו ייהרגו כי היו במקום הלא־נכון בזמן הלא־נכון, היה קופץ על ספינה ועוזב. לא כי הוא רוצה, אלא כי אין לו ברירה. לכן זו הגירה כפויה, ולא כל המילים היפות על הגירה מרצון".

מצד שני, הוא מברך על השיח הישיר של ממשל טראמפ עם חמאס, ומאמין שדיפלומטיה צריכה להיעשות גם מול ארגוני טרור. "אתה צריך לדבר ישירות עם האויבים שלך", הוא אומר. "אם לא תדבר עם מי שמחזיק בחטופים, עם מי כן תדבר? אתה יכול לדבר איתי כמה שתרצה, אבל הם לא אצלי. אתה מדבר על פירוק מנשק? שב ונסה לפתור זאת".

**איך אתה יכול לסמוך על הנשיא טראמפ, כשהוא מדבר על פתיחת שערי גיהינום על עזה, ולאחר מכן מביע דאגה מהמשבר ההומניטרי? זה חתיכת פער.**

"אני מסכים, 'פתיחת שערי גיהינום על עזה' היא אמירה קיצונית, שלדעתי יותר פוליטית מאשר מעשית. פתחת

"נחוש לשחרר חטופים". בוהלר



שערי גיהנום על עזה שנה וחצי, מה חדש? לדעתי, 90 אחוז מזה הצגה פוליטית, וגם כשטראמפ מדבר על הכנסת סיוע – גם זה פוליטי".

× × ×

היו לו כאן חברים רבים לפני המלחמה, עם רובם הוא מספר ששמר על קשר, אבל החבר הכי קרוב שהיה לו כאן, יזם ההייטק איל ולדמן, היה זה שהתרחק ממנו עוד לפני 7 באוקטובר. בתו של ולדמן, דניאל, נרצחה במסיבת הנובה לצד בן זוגה, נעם שי. בחודש שעבר ולדמן, יחד עם עשרות משפחות של נפגעי השבת השחורה, הגיש בוושינגטון תביעה נגד אל־מסרי בטענה ששיתף פעולה עם שלטונות חמאס. לצד ולדמן חתומים על התביעה קרוביהם של 46 אזרחים אמריקאים שנרצחו במתקפת הטרור, בהם משפחתו של הירש גולדברג־פולין ז"ל שנחטף ונרצח בשבי חמאס, והשר לשעבר יוזהר שי, שבנו סמ"ר ירון אורי שי ז"ל נפל בקרב בכרם שלום.

"איל היה חבר קרוב, עבורי הוא עדיין כזה, למרות התביעה", אומר אל־מסרי. "בלתי אפשרי לדמיין את כאבו על האובדן. הכרתי את דניאל, ראיתי אותה תשעה ימים לפני שנרצחה. היא נתנה לי חיבוק שלא אשכח. בכיתי עליה, רציתי ללכת להלוויה, להיות איתו בשבעה. הוא לא רצה אותי. זה כאב, ועוד יותר כואב לראות את שמו על התביעה. תביעה עם טענות שווא, שערורייתיות ומעליבות, שמובלות על ידי עורכי דין ויחצ"נים עם רעב לכסף, שמשחקים על האבל של התובעים. אני חושב שהם מונָעים מרגשות, וזה מובן לגמרי. לצערי הכעס הזה מכוון כלפי האדם הלא־נכון. ניסיתי לעזור להם לקבל את יקיריהם, 50 שנה אני מציג עצמי כאדם של שלום, בניתי את רוואבי ומציגים את זה כאילו היא הוקמה למען ארגון אלים. לצערי הפכו אותי למטרה, לזומם התוכניות הטוב בעולם. אני לא מסוגל להסביר כמה זה מקומם אותי".

**אחד התובעים, השר לשעבר יוזהר שי, אומר שיש נגדך ראיות. בין השאר, מנהרות חמאס שנחפרו מתחת לבתי המלון שלך.**

"אשמח לדבר עם כל התובעים, קל מאוד לענות להם. את עסקיי בעזה ירשתי, לא בניתי את המלונות, רק תיחזקתי אותם. בשני העשורים האחרונים הייתי בעזה חמישה לילות, מגוחך לחשוב שידעתי משהו על התוכניות האלה".

שלוותו של אל־מסרי נשברת וקולו מרעים. "חביבי, אם היו נגדי חשדות אמיתיים, היו לפחות מתשאלים אותי", הוא אומר. "אם היו הוכחות, לא הייתי יושב עכשיו בתל־אביב ומדבר איתך. הרשויות יודעות טוב מאוד שלא עשיתי כלום. הכל טענות שווא, חלקן מפוברקות. נציג עובדות בבית המשפט, זה יעלה עשרות אם לא מאות מיליוני דולרים, אבל הכסף לא חשוב כמו זה שאנשים יידעו שזה חלק מקמפיין נגדי, שנועד להראות שאין פלסטינים טובים. זה משחק לידי הקיצוניים, והם מתים על זה (מרים את הקול). סליחה, אני נסער. הרבה מהתובעים שוחרי שלום, ומשתמשים בהם כדי לשלוח מסר שאין פלסטיני טוב, שאפילו אל־מסרי מרושע. ויש הרבה קיצוניים בממשלה הזו".

**אבל הם לא חלק מהתביעה.**

"לא, אבל הם מרוויחים מזה. וייתכן שיש אנשים בודדים עם ונדטה אישית, אבל אני לא רוצה לומר יותר מזה, בבקשה. זה כואב. תראו שיום יבוא ואשב עם התובעים, אחבק אותם ואעבוד איתם".

**אז בוא נדבר על הטענות נגדך.**

"משפטית אסור לי להגיב, אבל הכל האשמות שווא".

**סיוע כלכלי לתשתיות חמאס בעזה.**

"זה בולשיט".

**ואולי בזכות קשריך עם קטאר...**

(קוטע) "אין לקטאר שום קשר למה שעשיתי בעזה. המעורבות שלי ברצועה לא קשורה לדוחא. יש לי עוד עסקים וקטאר משקיעה איתי ברוואבי, שם זה לא עסק שמייצר כסף, אז לקשור את זה לקטאר זה מגוחך. יש לי עסקים בעזה, הלב שלי בעזה והוא אומר לי לא לעזוב את האנשים שם בגלל חבורה רדיקלית שהשתלטה עליהם".

**שוחחת פעם עם סינוואר או בכירים בחמאס?**

"לא נפגשתי עם סינוואר ולא הכרתי אותו. מעולם לא פגשתי ביודעין חמוש בעזה. אם ידעתי שיש חמוש בחדר, הייתי יוצא. אני מאוד, מאוד זהיר".

**כדי להיכנס לעזה ולתחזק את עסקיך שם, נעזרת בחמאס?**

"בכניסה לעזה הייתי זקוק לאישור רק מישראל, מעולם לא ביקשתי אישור מהצד הפלסטיני, כי זכותי לבקר שם. כל ביקוריי בעזה תואמו עם ישראל וקיבלתי אישור מוקדם".

**ובכל זאת, השקעה בכלכלת עזה תחת שלטון חמאס, לא בהכרח מחזקת את חמאס? אפשר בכלל לטפח כלכלה מבלי לטפח את השלטון שאוחז בה?**

"לא היו לי שום רווחים בעזה בכל מקרה. רק הפסדים. התפוסה במלון שלנו הגיעה יום אחד לשלושה אחוזים וחצי, עשינו מסיבה. זה היה וואו. היום ההכנסה היא אפס, אין מלון אבל אנחנו ממשיכים לשלם משכורות לעובדים. בכניסה לעזה אתה עובר דרך אנשי חמאס, 'חכה פה' או 'תפאדל, תיכנס', אז הם שולטים בכל, ויש לך ברירה – האם לזנוח את העובדים שלנו בעזה ולתת לחמאס עוד כוח?

"כל הכסף שלי נמצא בגדה המערבית. שום כסף לא הועבר מהחברות שלי לעזה, למעט מאנשים ששכרו מאיתנו מבנים ושילמו לנו שכירות, אבל המסים שולמו ברמאללה, לא בעזה. חמאס ידעו היטב לא להתעסק עם בשאר, הייתי יכול לסגור את העסקים שלי ולהגיד לחמאס 'תאכילו אתם את האנשים', וזה היה מביך אותם מאוד".

**דוגמה לזה שחמאס בחר לא להתעסק איתך?**

"מישהו בתפקיד, שמונה על ידי חמאס, בא לעובד שלי בעזה וביקש שנקנה לו שלוש מכוניות, לו ולשני העוזרים שלו. אמרתי לו, 'תגיד לו שאנחנו סוגרים את העסק, הוא יוכל לאסוף את השכירות ונלך משם, אבל אז גם אכנס מסיבת עיתונאים ואספר למה עשיתי את זה'. כמובן שלא הסכמתי".

אל־מסרי מתנער מהטענות החמורות נגדו, וטוען כי הקפיד להזהיר את חבריו בישראל שבזמן שהם "חיים בגן עדן", גורפים אקזיטים ומתהלכים באיחוד האמירויות בלי חשש לדבר עברית, השכנים מעבר לגבול מגרדים 80 אחוזי אבטלה, "ויהיו לכך השלכות. לא ידעתי איזה, לא דמיינתי את החרא הזה. 7 באוקטובר היה אירוע בהיקף אלימות שלא הכרנו. ידענו מכוניות תופת, דקירות, ואני מתנגד ביג טיים לכל אלה, אבל 7 באוקטובר זו סקאלה אחרת, משהו שמוחות מרושעים תיכננו במשך תקופה. אני איש עסקים, אני לא אמור לדעת דברים כאלה ובטח שאני לא מעורה בנושאים צבאיים".

**יחסיך עם ולדמן ניתנים לתיקון?**

"בהחלט, לא רואה למה לא. נהגנו לנסוע יחד ולדבר על פוליטיקה, היו לנו המון ויכוחים סוערים".

ולדמן ואל־מסרי דיגמנו יחד חברות קרובה וארוכה שהייתה סמל לדו־קיום עסקי בין ישראלים לפלסטינים, וכללה גם ראיון זוגי בתוכנית האמריקאית "60 דקות". "אלה היו יחסי ציבור גרועים עבורי בפלסטין", נזכר אל־מסרי. "הרדיקלים זעמו עליי, תלו תמונות שלי מחבק יוצא גולני. אמרתי שם שישראל כאן כדי להישאר. לא מתחרט על זה". הסכסוך עם ולדמן, הוא אומר, התחיל לפני המלחמה ולא היה קשור לעסקים.

**מתי נפגשתם לאחרונה?**

"לפני כמה שבועות. נתתי לו חיבוק גדול. לא ידעתי אז על התביעה, אבל גם היום הייתי מחבק אותו".

**ניסית לגשת אליו בימים שאחרי רצח בתו ובן זוגה?**

"הרבה יותר מזה. גם אחרי שהוא הגיב בצורה שלילית, ועד היום, אני משתתף בצערו הבלתי־יימאן ובצער כל המשפחות השכולות. נורא לאבד את יקירתך, ודאי שבדרך מזעזעת כזו. אני לא יכול לדמיין מה עובר לך בראש. יש לי מסר לכל המשפחות: אני מבין את הסבל והכעס שלכם. האובדן שלכם הוא האובדן שלי. יש לנו עוד הרבה קרבות לנהל יחד, ולא האחד נגד השני. זה בזבוז אנרגיה וכסף. שימו נקמות אישיות בצד, ובואו נביט על התמונה הרחבה למען שני העמים". ×

avner-bo@yedioth.co.il

"הוא לא רצה אותי בשבעה". ולדמן

יונתן בלום, איי־פי

"להתמודד על ההנהגה הפלסטינית? אם המדינה שלי קוראת לי - לא אהסס לשרת אותה. זה אולי נשמע שאני מחפש את זה, אבל אני מעדיף לשוט ביאכטה שלי וליהנות מהחיים, עבדתי קשה 40 שנה ואשמח לבלות עם משפחתי, אבל המציאות מאלצת כל אדם בעל מודעות להתייצב"

## תגובה:

**מטעם התובעים נמסר בתגובה:** "התביעה נובעת מחקירה מקיפה ומתבססת על ראיות שמובילות לשלושה נכסים בעזה, בבעלותו ובפיתוחו של בשאר אל־מסרי וחברותיו. כתב התביעה מציג ראיות למעורבות אישית ופיזית של אל־מסרי – לדוגמה, פיקוחו על חתימת פרו קט משותף עם חמאס בעזה במאי '22 לשיקום אזור התעשייה בעזה, שבו חמאס בנה רשת מנהרות התקפיות בסמוך לגבול ישראל, מול קיבוץ נחל עוז.

"נכס נוסף של משפחת אל־מסרי בעזה, מלון אל־משתל, ניזוק בשנת 2014 מתקיפות חיל האוויר הישראלי שכוונו לאתרי שיגור רקטות של חמאס בסמוך למלון. כתב התביעה טוען בפירוט כי לאחר תקיפות חיל האוויר, תשתיות חמאס מתחת למלון ובסמוך לו נבנו מחדש כדי לאפשר למחבלי חמאס לשגר רקטות לישראל, כולל ב־7 באוקטובר. לאור הנזק שנגרם למלון ונימוקי צה"ל לתקיפותיו, לא סביר שבעלי המלון לא ידעו על כך, ועל אחת כמה וכמה, שלא שיתפו פעולה עם חמאס לצורך הקמת תשתית המנהרות שחיברה את המלון לאתרי שיגור הרקטות של חמאס.

"כפי שמפורט בכתב התביעה, אל־מסרי וחברותיו מומנו זמן רב על ידי קטאר, והוא השקיע בעקביות בעזה תחת שלטון חמאס".

# The Middleman

By: Avner Borochov

Photography: Ilya Melnikov

**Between flying in his private plane (which had belonged to Yasser Arafat) and occupying the presidential suite at a Tel Aviv hotel, Palestinian billionaire Bashar Masri — who, as an advisor to the Trump administration, was involved in securing the release of Edan Alexander — is planning for the day after Abu Mazen and is striving to bring the war to an end before another siren interrupts him. At the same time, he is trying to sidestep a claim for damages that carries severe accusations in a lawsuit from families of the October 7 victims, among them his former close friend the business figure Eyal Waldman. And although "the rotten problems of the Middle East tag after me everywhere," he believes there is a way to solve them.**





*[caption:]* "The truth is, there's no way to make sure it won't reach Hamas." The humanitarian aid for Gaza, this week

> **"My biggest fear is to enter a shelter and be recognized there as a Palestinian. A hit from a rocket frightens me less than the possibility of being attacked by nerve-racked people. I have hundreds of Israeli friends, I've slept at their homes, but this isn't a situation with friends, it's an overwrought, angry crowd. All that's needed is one person shouting 'There's a Palestinian here!'"**

On the seaside promenade, Bashar Masri draws stares for preferring to sport a tailored suit, rather than flip-flops, in the heat of Tel Aviv. The curiosity builds until the sight of the carefully groomed man with his entourage overpowers the diffidence of a passerby, who approaches to find out and then returns to sum up almost disappointedly, "Ah, it's some business person or other."

And that's one way to describe Bashar Masri, but here are some more: He is a billionaire and a scion of the world's richest Palestinian family, with connections stretching from the White House to Qatar. He is a close advisor to his good friend Adam Boehler, Trump's envoy for hostage affairs, and he was involved in achieving the release of soldier. Edan Alexander from captivity. Among his friends in Israel, none had been closer to him than billionaire Eyal Waldman, who joined other relatives of the October 7 massacre's victims in a lawsuit containing severe accusations against him.

Along with all that, Bashar Masri is also — and in his own view, is especially — the man convinced that he can succeed Abu Mazen and win out where the head of the Palestinian Authority has failed, in the struggle against Hamas and in managing relations with Israel. He realized that his future is in politics, he says, in the wake of October 7 and the outbreak of war. Specifically, it was over breakfast.

"This morning at the hotel, I said to my colleagues, 'Hey, everyone working at this hotel looks Asian.' When I'd stayed at Israeli hotels before, all the workers were Palestinians," he recalls. Referring to the high unemployment under the Palestinian Authority, he says: "We won't have real peace with our neighbors as long as we're poor and less than independent. We need to stand on our own feet."

The road to Masri's dream passes through a stretch of economic growth, which he believes that he can nurture although the underpinnings need first to be established. During the war, he has been promoting aid to the Gaza Strip at the Knesset; and this week he saluted Israel's decision to renew that aid. "I'm not involved in the current Israeli plan," he says, "but Palestinian agencies are the ones who should be distributing the aid in Gaza. I don't understand the need to involve international companies and outsiders."

**How can we be sure that the humanitarian aid isn't falling into the hands of Hamas?**

"I don't think we can be sure, in fact. Hungry people are lined up for a week to get food, and then a man with a gun comes and tells them, 'Give me that.' What can they do? Obviously we don't want the aid to reach Hamas, but — to starve people for such a reason? It's absurd."

Masri is proud of having opposed the boycott of Israel over the years although his own people have criticized him and the BDS organizations have denounced him. "The extremists have called me a 'normalizer,' and today where am I? I'm a well-liked normalizer and that's fine with me. Of course I'm promoting normalization. Boycotting Israeli products? That's foolish," he says.

The project he's proudest of is the founding of Rawabi, the first planned Palestinian city, neighboring Ramallah. "Back when I set it up, the popular thing was to announce, the way my colleagues did: 'I won't buy Israeli goods!' But I said if I can't find Palestinian goods at a reasonable price, I'll buy anything from elsewhere, including from Israel. And over and above that — guess what, folks? — Israel can supply 90 percent of what I buy because the materials are available and the distance is small. People told me, 'You can't let Israel make investments in Palestine.' But why is that? Let them lay their money down with us. If Israelis invest here, then next they'll say to the IDF, 'Your curfews are spoiling our business.' So I said, 'Let the Israelis be lobbyists for us. Partners with us. Nothing's wrong with it.'"

**What will you do differently from Abu Mazen if you chair the Palestinian Authority as his successor?**

"Do you know of elections on the horizon?"

**I only know his age, but it's a number that gets no lower as the years pass.**

"It's a disgrace that for two decades now we've gone without elections. As soon as a ceasefire is reached, we have to proceed to elections within six months. Twelve months maximum. There are tough decisions to be made, and as a matter of fact why do we need to wait him out? I wish him a long life, but why do we have to hold off until the man dies?"

**So will you compete for the leadership of the Palestinians?**

"It depends on when the elections come. If they're in another 20 years, I'll be too old. After the horrors we've been through — both Palestinians and Israelis —if my country calls on me I won't hesitate to serve it. It's not moral to say selfishly 'This isn't a good time for me.' I may sound as if I'm campaigning, but on the contrary I'd rather be sailing my yacht and enjoying life. I worked hard for 40 years and I'd be happy to enjoy myself with my family, but reality requires each person with understanding to step up."

**And what would you propose unlike Abu Mazen?**

"I'll concentrate on developing a secular democracy — the kind that the Palestinian Authority once was. It's not my invention. We can't be a dictatorship and at the same time maintain relations with the Israeli democracy."

**How does that translate into action?**

"I'll see to it that Palestine grows and flourishes. I'll get projects running that create jobs. That's the first thing. Frankly, I don't think that today's leadership is investing any effort at all there. Second thing, I need to reach out to you. Without you Israelis, we'll remain stifled and subservient. And for the sake of the next generation, I need to make you feel relaxed, and not to disdain you. So I'll make some controversial changes in the educational system. If we keep teaching our children hatred, we'll get war after war. We and you are both here to stay, with a shared destiny. We'll recognize Israel, the way we did in the Oslo Accords. We'll add it to the map and we'll teach the children Hebrew. I'm surprised that the young generation in Israel doesn't speak Arabic unless they're working in intelligence."

**How will you succeed where your predecessors failed in the struggle against Hamas?**

"Hamas won the elections because the Palestinian Authority was weak. Hamas carried out a putsch. To think that the Palestinian people voted for Hamas is a mistake. It's not as if Hamas received 51 percent of the votes. We have to look to Israel in the belief that our nations are ready for this."

**You're discussing the problem of history. I'm trying to understand your solution for the future.**

"The solution for the future will also include elections, and whoever runs in the Palestinian elections can't run against the system that's holding them. An extremist who wants Israel to stop existing won't be eligible for election."

**Will Hamas agree to give up control of Gaza?**

"I don't think they have a choice. They've already made the announcement in private talks and in public. The question now is whether their public image will be good or bad, but that's not an interesting factor and we need to progress. There can't be armed contingents in the West Bank and Gaza, Only legitimate governmental forces. Not only Israel is making the demand [to disarm Hamas – A.B.], the Palestinians demand it too."

**How do you see your chances of being elected?**

"My chances are very good. [He laughs.] I know that, but I'm worried about being put on the spot already at a time when there aren't any elections. That amounts to targeting me for no reason."

* * *

This is a man who divides his time between Rawabi and Ramallah and Washington, visits Israel frequently, and wants to feel he belongs in each place he comes to. What does a billionaire do to make himself at home? He simply buys one. Recently he's been searching in Tel Aviv, among the spacious residences at the seafront. Meanwhile, he's staying in the presidential suite at the Kempinski Hotel on HaYarkon Street. There, together with Boehler, he marked the release of Edan Alexander with a celebration as reported in Nahum Barnea's Friday newspaper supplement column last week. "I was very involved in the opening of doors that led to Boehler's meeting with the Hamas representatives in Doha," Masri says of his successful effort. "I certainly played a big part in that initiative."

**Have you spoken with the Alexander family?**

"No, I'm not sure they even know who I am at all. I think I met his mother on the day Trump was sworn in. The hostages' families were sitting in front of me and I spoke with some of them."

**As you must know, there is frustration in Israel that while Edan Alexander's release is being celebrated, other soldiers held hostage aren't US citizens and their families feel forgotten.**

"The release of Edan Alexander set a precedent — freeing a hostage who is a soldier on active duty. So it's a positive thing. It's important to look at the

benefits, although it's still early to decide whether we have a process under way. Steve and Adam went to Doha after Alexander was released, in order to free more hostages. The hostages have to return home, and the war has to end."



*[caption:]* "It's a disgrace that there aren't elections." Abu Mazen



*[caption:]* "I played a big part in the process." The release of Edan Alexander

On the day after Edan Alexander returned, the celebrations continued at a Herzliya restaurant until a siren sounded and Masri was struck with dread — but not dread of the Houthis' missile. "My biggest fear was that I'd enter a shelter and people there would discover that I'm a Palestinian," he says. "A hit from a missile frightens me less than the idea of being attacked by nerve-racked people. When an alarm caught me on the way to the airport, I thanked God that I was on the

road. But at the restaurant, they told us to get into the safe room and I said to a Palestinian friend who was with me, 'Not a word in Arabic.'"

**Have you experienced racism in Israel?**

"No, not really. I have hundreds of Israeli friends, I've slept at their homes, but this isn't a situation with friends, it's an overwrought, angry crowd. All that's needed is one person shouting 'There's a Palestinian here!' and they'll think I sent coordinates for the missile or whatever. Crazy things can happen these days."

As he passes his time between celebrations and missile alerts, Masri's private plane — which once was owned by Yasser Arafat — is parked at Ben Gurion Airport. "I was surprised to learn it had been sold, and shortly afterward I contacted the person who'd bought it," he says. "I was in no hurry. I don't need a private plane. But I think that the first private plane of the first chairman of the Palestinian Authority should remain in Palestinian hands and wind up some day in a Palestinian museum. And I know where that will be — under the big flag on the hill of Rawabi."

> **"October 7 was an episode with a scope of violence that we'd never known before. We were familiar with car bombings, stabbings — and I'm opposed to all those, big time — but October 7 was on another scale. Something that some evil minds spent quite a while planning. As a businessman, I'm not expected to know about such matters and for sure I'm not involved in military issues."**

Masri doesn't tell how much he paid for the Challenger 604 aircraft that had served Arafat, but he provides a hint for those of the jet set who take an interest. "The plane is priceless," he says, "but I estimate that it's worth around five million dollars." The same private plane took Boehler through his round of meetings with leaders in the region as he advanced the hostage deal. "It's more accurate to say that we flew together many times, mostly in my plane, after he was named Trump's envoy and before Trump took office. Cairo, Qatar, Tel Aviv, Jordan, Turkey, Bahrain, the Emirates — He'd only just been appointed and he wanted to obtain the whole picture, to understand who's who."

Masri made Boehler's acquaintance eight years ago or so, and according to Masri a close personal friendship formed between the two men without any talk of business in common but with much discussion of regional politics. In mid-December, they began to fly around the region together — "in order to return the hostages and end the war," says Masri. "It's bigger than the hostage release, but saving lives is urgent and Adam is determined to return them all home."

**Did your connections with Arab countries help in opening doors to Boehler?**

"In certain cases, yes. Most of those countries' leaders met with him and received him well. I advised him on certain matters: for example, which doors to knock at."

**What door did he knock at on your advice?**

"I advised him to go to Jordan and meet His Majesty. That was actually our first trip. Where the hostages were concerned, Jordan had no skin in the game but it's very important in the process. Turkey is important too, and it's important to find out what pressure Turkey can generate."

**By the way, what's the ethnicity of your private plane's pilots?**

"Mostly Israeli, but sometimes I prefer pilots with dual citizenship because we fly to places where it's difficult or impossible for Israelis to enter. When we flew to Afghanistan or Iraq, we brought other pilots because we were coming to solve a hostage situation and not to create a new one."

* * *

Masri's two daughters speak Hebrew and one of them is also learning Yiddish. He doesn't speak Hebrew himself, but he understands spoken Hebrew well. His knowledge of the Israeli mentality helped him behind the scenes as long ago as the Oslo days. "I went to the Mayfair Hotel in Washington, where Shimon Peres was," he recalls. "He and Arafat had agreed by phone that I'd pick the final agreement up from Peres and go to Arafat's suite to deliver it. A very historic moment."

In the course of the peace talks, he hosted the Palestinian negotiating team in Washington DC. "I told them that I have a big conference room on 13th Street. The area was full of prostitutes back then, and the team asked me why there were condoms tossed away in the road. Some of them had never left Palestine before," he says. "We ordered pizza, we sat for four hours, and as soon as we finished our meeting I saw it quoted on the news. I said, 'Whoa, guys, how about a little confidentiality?'

"The rotten problems of the Middle East tag after me everywhere," he says. "I happened to be in Washington when the negotiating team, who were all friends of mine, came to town. One of my good friends, Akram Haniyah, led the delegation. So we went out one night with the late Dr. Saeb Erekat. Both of them liked the movies, and I was supposed to escort them. The two guys were so tired that in the middle of the movie I heard snoring and I was left watching the screen alone even though I'm not a movie fan at all."

Case 23-1024-JMC Document 14-6 Filed 06/25/25 Page 25 of 32

**How can a person not be a movie fan?**

"Life is enough of a movie marathon."

**I heard about one more of those movies. After Ariel Sharon was elected prime minister in 2001, you were part of a secret channel between Sharon and Arafat, including a visit to your home by Omri Sharon.**

"So you're with the Israel Security Agency? [He laughs] Yes, that's true. Sharon was nicknamed Mister Genocide but there was an attempt to bring him and Arafat together for secret talks at the height of the Intifada. Arafat called me in and said 'Someone will be coming to you with a message for me. But feel free to stay out of this.' I said, 'Mister President, I'll do everything I can.' The Mukata'a is close by, five minutes' drive from my home, and I was told 'The President wants to meet Sharon's son at your home.' That is, Omri Sharon. I said, 'What?! Wow, this is big,' and I thought to myself 'For sure he'll show up in an Israeli tank. They'll want to defend him.' I agreed, because it's what Arafat wanted, but I wondered why Arafat couldn't meet him at the Mukata'a."

**Were you apprehensive about hosting such a meeting?**

"Frankly, yes. But they say that without gumption there's no glory. I went to my wife — my ex-wife now — and I told her. She said, 'No way will our daughters and I be here at home.' Sharon was bad news for the Palestinians. So she took the girls to a hotel."

**And what happened at that secret meeting between Arafat and Sharon?**

"The meeting lasted at least three hours, and it was very positive, but it didn't lead anywhere. Why not? Blame it 99 percent on background history between Sharon and Arafat."

Masri (64) grew up as a pampered child of a prosperous, aristocratic family in Nablus. His father was a physician, and an uncle, plutocrat Sabih al-Masri, is worth an estimated ten billion dollars. In his youth, he was placed under administrative detention repeatedly — "eight or nine times" — for trying, according to himself, to prove to his friends that he wasn't the spoiled kid they took him for.

*[caption:]* Photo: IDF Spokesperson's Office

**Did you throw rocks?**

"I'm not a violent person, but I'd be lying if I said I never threw a rock. I once did, because the kids always looked on me as a rich boy from the elite Al-Masri family. After that, whenever something happened soldiers came to arrest me. At two in the morning I saw them standing over my bed. They wanted to wake me

up but my mother insisted on doing that herself. Then they take you away, you're beaten in the jeep, and you're in detention for 18 or 21 days."

**So your parents sent you to study abroad in order to keep you away from trouble?**

"Right. At 17, I suddenly found myself in Cairo. There, the students smoke hashish and drink alcohol, and there were prostitutes outside my building, and I was just a kid. So I went off to the USA. My father is a graduate of the University of Virginia, my brother and sister were born in New York, and as a child I used to say to my mother 'Why did you leave New York when you were six months pregnant? If you'd stayed, I'd be President of the United States.' And she answered, 'Ask your father.' They quarreled about that."

Since then, he has become a billionaire — the owner of the international holding company Massar. Its founding in 1994 "was the moment when I made the transition from the hundreds of thousands to the millions." Among his other holdings are the Siraj Fund Management Company and the Palestinian newspaper Al-Ayam. He built the city of Rawabi with the help of Qatari investors. "I came out of a family where lots of people were rich, but I'm a self-made man," he insists.

Masri's businesses span the world but despite his deep connections in Washington he doesn't hesitate to criticize President Trump and the proposed voluntary emigration of Gaza's residents. "It's shocking," he says. "My question is, where will they take those people? I'm told, 'Somalia.' I said, 'Really? Can Somalia absorb them? Doesn't it have poverty and hunger?' And they said to me, 'No, Bashar, that's Somaliland.' Oh, then wow. 'Cool,' I said. 'That sounds like Disneyland. Maybe I'll go there too.'"

**Joking aside, I imagine the destination country isn't really the issue. Would voluntary transfer to Canada or Germany be acceptable to you?**

"Uprooting people by force is always a bad thing. Anyone who's starving, and who's worried that his children will be killed for being in the wrong place at the wrong time, would jump on a ship and leave. Not voluntarily but for lack of an alternative. So this would be expulsion by force, not any prettily phrased voluntary migration."

On the other hand, he welcomes the direct talks between the Trump administration and Hamas, believing that diplomacy should extend even to the terrorist organizations. "You have to speak directly with your enemies," he says. "If you don't talk with the people who are holding the hostages, who will you talk with? You can talk with me as much as you want, but I'm not holding them. You want to eliminate weapons? Sit down and try to work that out."

**How can you trust President Trump, who talks about opening the gates of hell on Gaza and then says he's worried about the humanitarian crisis? That's quite an inconsistency.**

*[caption:]* "Determined to free the hostages." Boehler

"I agree. 'Opening the gates of hell on Gaza' is an extreme expression, and I think it's more political than practical. You've had the gates of hell open on Gaza for a year and a half, so what's at all new? I believe 90 percent of that is a political show, and when Trump talks about bringing aid in, that's political too."`

*[caption:]* "He didn't want me at the mourning week." Waldman

* * *

He had many friends here before the war, and he says he has kept in touch with most of them but the best friend he had here, hi-tech entrepreneur Eyal Waldman, is the one who distanced himself from him even before October 7. Waldman's daughter Danielle was murdered at the Nova festival alongside her boyfriend Noam Shai. Last month Waldman, together with scores of families of that gruesome Sabbath's victims, filed a lawsuit in Washington against Masri claiming that he had cooperated with the Hamas regime. Along with Waldman, relatives of 46 American murder victims of the terror attack signed the claim.

They include the family of the late Hersh Goldberg-Polin, who was abducted and then, while held captive by Hamas, was murdered; and former government minister Yizhar Shai, whose son Staff Sgt. Yaron Uri Shai fell in action at Kerem Shalom.

> **"Run for leadership of the Palestinians? If my country calls on me, I won't hesitate to serve it. I may sound as if I'm campaigning, but on the contrary, I'd rather be sailing my yacht and enjoying life. I worked hard for 40 years and I'd be happy to enjoy myself with my family, but reality requires each person with understanding to step up."**

"Eyal was a close friend, and I still think of him as one despite the lawsuit," says Masri. "The pain of his loss is unimaginable. I knew Danielle. I saw her nine days before she was murdered. I won't forget the hug she gave me. I've cried for her. I wanted to attend the funeral and be with him during the mourning week. He didn't want me. That hurt, and it hurt even more to see him listed as a plaintiff. The lawsuit puts forward some baseless, scandalous, insulting claims that are being promoted by money-hungry lawyers and publicists. They're playing games with the grief of the plaintiffs. I think the plaintiffs are driven by emotion, and that's completely understandable. Unfortunately, their anger is aimed at the wrong person. I tried to help them retrieve their loved ones. For 50 years I've been coming forward as a man of peace. I built Rawabi and now it's being depicted as if it were built for a violent organization. To my sorrow, I've been turned into a target — the world's greatest plotter of evil plans. I can't express how that angers me."

**One of the plaintiffs, former government minister Yizhar Shai, says he has evidence against you. Among other things, Hamas tunnels that were dug beneath your hotels.**

"I'd gladly speak with all the plaintiffs. They're very easily answered. I inherited all my businesses in Gaza. I didn't build the hotels, I only kept them going. Over the past two decades I've spent five nights in Gaza. It's absurd to think that I knew anything about those plans."

Masri's composure is shaken and his voice thunders. "If there were any real suspicions against me, my friend, I'd at least have been interrogated," he says. "If there were proof, I wouldn't be sitting in Tel Aviv now chatting with you. The authorities know very well that I didn't do anything. It's all baseless charges. Some are made up out of whole cloth. We'll show facts to the court, and it will cost tens — if not hundreds — of millions of dollars, but the money is less important than making sure people know that this is a campaign against me, designed to show that there are no good Palestinians. It plays into the hands of the extremists, and they love it. [He raises his voice.] Excuse me, but I'm upset.

Lots of the plaintiffs are advocates of peace, and they're being exploited to send a message that there's no such thing as a good Palestinian and even Masri is evil. And there are a lot of extremists in the government today."

**But they're not part of the problem.**

"No, but they benefit from it. And there may be individuals with a personal vendetta. But I don't want to say any more than that, please. It's painful. You'll see a day come when I sit down with the plaintiffs, hug them, and work together with them."

**So let's talk about the accusations against you.**

"For legal reasons I'm forbidden to respond, but all the accusations are baseless."

**Financial help for Hamas infrastructures in Gaza?**

"It's bullshit."

**And maybe on the basis of your ties with Qatar —**

[He interrupts.] "Qatar has nothing to do with my work in Gaza. My involvement in the Gaza Strip is unconnected with Doha. I have other businesses, and Qatar invests with me in Rawabi, but there it's not a money-making venture so to try to link it with Qatar is ridiculous. I have businesses in Gaza. My heart is in Gaza, and it tells me not to abandon the people there even if a radical gang has taken control over them."

**Did you ever speak with Sinwar or with senior Hamas figures?**

"I never met with Sinwar and I didn't know him. I never knowingly met with an armed figure in Gaza. If I knew someone in the room was armed, I'd leave. I'm very, very cautious."

**For entering Gaza and keeping your businesses operating there, did you have assistance from Hamas?**

"For entering Gaza, I needed permission only from Israel. I never asked for permission from the Palestinian side, because it's my right to visit there. All my visits to Gaza were coordinated with Israel, and I received prior permission."

**Still, when you invest in the Gazan economy and it's under the sway of Hamas, don't you necessarily strengthen Hamas? Is it at all possible to foster an economy without fostering the regime that it belongs to?**

"I produced no profits in Gaza in any case. Only losses. Occupancy at our hotel reached three and a half percent one day and we threw a party. That was 'Wow.' Today the income is zero. There's no hotel but we're still paying salaries to the

workers. At the entrance to Gaza, I pass between Hamas operatives. It could be 'Wait here' or 'Welcome, come right in.' So they're in charge of everything, and what choice do you have? Whether to give Hamas more strength or to abandon our Gazan employees?

"All my money is in the West Bank. No money has gone from my companies to Gaza, except from people who leased space from us and paid us rent. And the taxes were paid in Ramallah, not in Gaza. Hamas knew well enough not to tangle with Bashar. I could shut down my businesses and tell Hamas 'Feed those people yourselves.' That would embarrass them thoroughly."

**What's a time when Hamas chose not to tangle with you?**

"One Hamas appointee asked an employee of mine in Gaza to buy him three automobiles, for himself and his two assistants. I said to my employee, 'Tell him we're closing the business down, he can pick up the rent and we'll be gone. But then I'll call a press conference and announce why I did it.' Of course I didn't cooperate."

Masri rejects the severe accusations against him. He claims that he warned his Israeli friends that while they were "living in paradise" — profiting from exits, and speaking Hebrew without a care while strolling in the United Arab Emirates — their neighbors across the border were approaching 80 percent unemployment "and there will be consequences. I didn't know what, though. I didn't imagine all that shit. October 7 was an episode with a scope of violence that we'd never known before. We were familiar with car bombings, stabbings — and I'm opposed to all those, big time — but October 7 was on another scale. Something that some evil minds spent quite a while planning. As a businessman, I'm not expected to know about such matters and for sure I'm not involved in military issues."

**Can your relations with Waldman be fixed?**

"Certainly. I don't see why not. We used to travel together and talk about politics. We had lots of stormy arguments."

Waldman and Masri together exhibited a long, close friendship that symbolized coexistence in business between Israelis and Palestinians, and it included a joint interview on the American *60 Minutes* TV program. "That was bad PR for me in Palestine," Masri recalls. "The radicals were furious at me. They hung pictures that showed me hugging a Golani Brigade veteran. I said there that Israel is here to stay. I don't regret it." The falling-out with Waldman started before the war, he says, and wasn't business-related.

**When did the two of you last meet?**

"A number of weeks ago. I gave him a big hug. I didn't know about the lawsuit then, but today I'd still hug him."

**Did you try to approach him in the days after his daughter and her boyfriend were murdered?**

"Much more than that. Even after his negative reaction, and until today, I sympathize with his incredible grief and with the grief of all the bereaved families. It's terrible to lose your loved ones, and certainly in such a horrifying way. I can't imagine what's going through his mind. I have a message for all the families: I understand your suffering and anger. Your loss is my loss. We have many more battles to wage shoulder to shoulder — and not one against the other, which is a waste of energy and money. Put personal vengeance aside, and let's look at the big picture for the sake of both nations."

*avner-bo@yedioth.co.il*

---

## Response:

**This response on behalf of the plaintiffs was received:** "The lawsuit has emerged from careful investigation and is based on evidence that points to three properties in Gaza owned and developed by Bashar Masri and by his companies. The complaint presents evidence of Masri's personal, physical involvement. For example, in May 2022 he supervised the signing of a joint project with Hamas for renovating the Gaza industrial zone where Hamas built a network of attack tunnels neighboring the Israeli border opposite Kibbutz Nahal Oz.

"Another property of the Masri family in Gaza, the Al-Mashtal Hotel, was damaged in 2014 by an Israel Air Force attack directed at nearby Hamas rocket-launching sites. The complaint contends in detail that after the Air Force strike, Hamas infrastructures underlying and neighboring the hotel were rebuilt in order to enable Hamas terrorists to launch rockets at Israel, including on October 7. In view of the damage to the hotel and the IDF's explanation for the attacks, it is inconceivable that the hotel's owners were unaware and, all the more, that they did not cooperate with Hamas for the construction of the tunnel infrastructure connecting the hotel to the Hamas rocket-launching sites.

"As detailed in the complaint, Masri and his companies were long financed by Qatar and he consistently invested in Gaza under the Hamas regime."



Case 1:25-cv-21024-JMC Document 22-1 Entered on FLSD Docket 06/25/2025 Page 22 of 22

GATS
TRANSLATIONS

**CERTIFICATION**

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, Masri article "The Middleman", is a true and accurate translation of the original text from the Arabic language into English.

Date: June 12, 2025

Yaniv Berman