UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-CV-23837-GAYLES

TOM SHALOM, *et al.*,

    Plaintiffs,

v.

BASHAR MASRI, *et al.*,

    Defendants.

                                                     /

**NOTICE OF NINETY DAYS EXPIRING**

Plaintiffs, by and through their counsel, pursuant to Southern District of Florida Local Rule 7.1(b)(4), gives notice that ninety days have elapsed since the Plaintiffs' Motion to Serve Defendant Bashar Masri by Alternative Means has been fully briefed.

1. Plaintiffs filed and served the Motion to Serve Defendant Bashar Masri by Alternative Means on September 18, 2025 (Dkt. No. 22).

2. Pursuant to Local Rule 7.1(c)(1), Defendant Bashar Masri was permitted to file an opposing memorandum of law to this motion by October 2, 2025. No such memorandum was filed. As such, this matter is now fully briefed. *See* Local Rule 7.1(c)(1) ("For all motions, except motions served with the summons and complaint, each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion be default."); *accord Myers v. Bhullar*, 609 F. Supp. 3d 1232, 1235 (W.D. Okla. June 29 2022) ("The Defendant's motion was filed on May 26, 2022. By local rule, the nonmoving party had twenty-one days to file a response. As no response was filed by June 16, 2022, the matter has been fully

briefed."); *Dodson v. PNGI Charles Town Gaming, Inc.*, No. 3:18-cv-60, 2018 WL 11469518, at *1 (N.D. W. Va. June 1, 2018) ("The Plaintiff has not filed a response. However, a response was due by May 11, 2018, or an amended complaint was due by May 18, 2018. Having received no response, the Court considers the matter fully briefed and now ripe for review.").

3. No hearing has been held or scheduled on Motion to Serve Defendant Bashar Masri by Alternative Means.

4. The ninety-day period described in Local Rule 7.1(b)(4)(A) expired on December 31, 2025.

January 7, 2026

                        **STACK FERNANDEZ & HARRIS, P.A.**

**By:**   /s/ Brian J. Stack
       **Brian J. Stack**
       Fla. Bar No. 0476234
       255 Alhambra Circle, Suite 330
       Coral Gables, Florida 33134
       Telephone: 305.371.0001
       bstack@stackfernandez.com
       Secondary email: mwolf@stackfernandez.com

*Local Counsel for All Plaintiffs*

**WILLKIE FARR & GALLAGHER LLP**
Lee Wolosky (admitted *pro hac vice*)
Andrew Lichtman (admitted *pro hac vice*)
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
lwolosky@willkie.com
alichtman@willkie.com

**OSEN LLC**
Gary M. Osen (admitted *pro hac vice*)
Aaron Schlanger (admitted *pro hac vice*)
190 Moore Street, Suite 272

Hackensack, NJ 07601
Telephone: (201) 265-6400
Facsimile: (201) 265-0303
gosen@osenlaw.com
aschlanger@osenlaw.com

**STEIN MITCHELL BEATO & MISSNER LLP**
Jonathan Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
2000 K St., NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
kattridge@steinmitchell.com

**MOTLEY RICE LLC**
John M. Eubanks (*pro hac vice* application forthcoming)
Michael E. Elsner (*pro hac vice* application forthcoming)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9250
Facsimile: (843) 216-9450
jeubanks@motleyrice.com
melsner@motleyrice.com