UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23837-GAYLES

TOM SHALOM, et al.,

    Plaintiffs,

v.

BASHAR MASRI, et al.,

    Defendants.
_____/

# ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Leave to Substitute Delivery Method. [ECF No. 28]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Leave to Substitute Delivery Method, [ECF No. 28], is **GRANTED**. The Clerk of Court shall serve Corporate Defendants Palestine Real Estate Investment Company, Palestine Development & Investment Company, Palestinian Industrial Estate Development Company, and Massar International, Ltd. at the following address: Massar Building, Q Centre, Rawabi 666, Palestinian Authority. Service shall be effectuated by via FedEx by four separately addressed mailings (one to each Corporate Defendant), with each mailing to contain one copy of (a) Plaintiffs' Complaint; (b) the Summons issued to the respective Corporate Defendant; (c) the Civil Coversheet; (d) this Court's Order; and (e) Arabic and Hebrew translations of each of the foregoing documents.[1]

---

[1] Plaintiff's counsel shall provide the translations to the Clerk's Office within five (5) days of this Order.

1

2. Plaintiffs shall file copies of the FedEx "proof of signature" (or substantially equivalent document) as proof, pursuant to Fed. R. Civ. P. 4(l)(2)(B), that service has been effectuated on the Corporate Defendants pursuant to the Order.

3. The Corporate Defendants shall file a response to the Complaint within 21 days from the date each receives a copy of the Summons and Complaint; and Plaintiffs' Counsel shall ensure that the Clerk has the requisite pre-paid and pre- addressed FedEx envelopes, as well as the requisite translated documents, to carry out the requirements of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of January, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE