UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-CV-23837-RKA

TOM SHALOM, ET AL.

    Plaintiff,

v.

BASHAR MASRI, ET AL.

    Defendants,

FILED BY _____ D.C.

FEB 02 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CLERK=S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. ' 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 2nd, day of February 2026, (*summons and complaint*) have been mailed via International Service to:

Defendant: Massar International, Ltd.
Massar Building, Q Centre, Rawabi 666
Palestinian Authority

Country: Palestinian Authority

Article number: 8128 4790 7818

DONE at the Federal Courthouse Square, Miami, Florida, this 2nd day of February 2026.

ANGELA E. NOBLE
Court Administrator $ Clerk of Court

By: _____
Deputy Clerk

c:   U.S. District Judge
      All counsel of recor

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| TOM SHALOM, ET AL. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 1:25-cv-23837-RKA |
| BASHAR MASRI, ET AL. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MASSAR INTERNATIONAL, LTD
Massar Building, Q Centre
Rawabi 666
Palestinian Authority

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez & Harris, P.A.
255 Alhambra Circle, Suite 330
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Aug 27, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

**FedEx Express** — International Air Waybill

RRDA 12/17

RETAIN THIS COPY FOR YOUR RECORDS.

**1 From** *Please print and press hard.*

Date: [blank]
Sender's Name: [blank]
Sender's FedEx Account Number: [blank]
Phone: [blank]
Company: Clerk of Courts, US District Court for the Southern District of Florida
Address: Wilkie D. Ferguson, Jr. US Courthouse
400 North Miami Ave
City: Miami    State/Province: FL    ZIP/Postal Code: 33128
Country: USA
Email Address: Randy_tobie@flsd.uscourts.gov
Internal Billing Reference: 1134770000l

**2 To**

Recipient's Name: [blank]
Phone: [blank]
Company: Massar International, Ltd.
Address: Massar Building, Q Centre
Address: Rawabi 606    Dept/Floor: [blank]
City: Palestinian Authority    State/Province: [blank]    ZIP/Postal Code: [blank]
Country: [blank]
☐ Residential Delivery

**3 Shipment Information**
Total Packages: 1
Total Weight: [blank] lbs / kg
DIM: [blank]
Commodity Description: DOCUMENTS
Harmonized Code: [blank]
Country of Manufacture: US
Value for Customs: $1
Total Declared Value for Carriage: $1
Total Value for Customs: $1

Has EEI been filed in AES? ☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR
☐ No EEI required, enter exemption number
☐ Yes—Enter AES proof of filing citation

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.
FedEx Tracking Number: 8128 4790 7818    Form ID No. 0402
☐ FedEx Intl. First    ☐ FedEx Intl. Priority    ☐ FedEx Intl. Economy

**5 Packaging**
☐ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube
☐ FedEx 10kg Box    ☐ FedEx 25kg Box    ☐ Other

**6 Special Handling and Delivery Signature Options**
☐ HOLD at FedEx Location    ☐ SATURDAY Delivery
☒ Direct Signature    ☐ Indirect Signature

**7 Payment** Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:
☐ Sender    ☐ Recipient    ☒ Third Party    ☐ Credit Card    ☐ Cash/Cheque
FedEx Acct. No.: 0471-1061-4
Credit Card No.: [blank]

Bill duties and taxes to:
☐ Sender    ☐ Recipient    ☒ Third Party
FedEx Acct. No.: 0471-1061-4

**8 Required Signature**

662