UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-CV-23837-RKA

TOM SHALOM, ET AL.

    Plaintiff,

v.

BASHAR MASRI, ET AL.

FILED BY _____ D.C.
FEB 02 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

    Defendants,

## CLERK=S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. ' 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 2nd, day of February 2026, (*summons and complaint*) have been mailed via International Service to:

Defendant: Palestine Real Estate Investment Company
Massar Building, Q Centre, Rawabi 666
Palestinian Authority

Country: Palestinian Authority

Article number: 8128 4790 7792

DONE at the Federal Courthouse Square, Miami, Florida, this 2nd day of February 2026.

ANGELA E. NOBLE
Court Administrator $ Clerk of Court

By: _____
Deputy Clerk

c:    U.S. District Judge
      All counsel of record

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TOM SHALOM, ET AL. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-23837-RKA |
| BASHAR MASRI, ET AL. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PALESTINE REAL ESTATE INVESTMENT COMPANY
Massar Building, Q Centre
Rawabi 666
Palestinian Authority

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez & Harris, P.A.
255 Alhambra Circle, Suite 330
Coral Gables, Florida  33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 27, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin

Deputy Clerk
U.S. District Courts

# FedEx International Air Waybill

RETAIN THIS COPY FOR YOUR RECORDS.   RRDA 12/17

The service order has changed in Section 4. Signature options have been added to Section 6.

**1 From** Please print and press hard.

Date:
Sender's Name: Clerk of Court
Phone: 305.523.5201
Sender's FedEx Account Number:
Company: US District Court for the Southern District of Florida
Address: Wilkie D Ferguson Jr. US Courthouse
400 North Miami Ave.
City: Miami  State/Province: FL  ZIP/Postal Code: 33128
Country: USA
Email Address: Randy_tobie@flsd.uscourts.gov
Internal Billing Reference: 1357771:00001

FedEx Tracking Number: 8128 4790 7792   Form ID No. 0402

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.
☐ FedEx Intl. First  ☐ FedEx Intl. Priority  ☐ FedEx Intl. Economy

**5 Packaging**
☐ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube
☐ FedEx 10kg Box  ☐ FedEx 25kg Box  ☐ Other

**6 Special Handling and Delivery Signature Options**
☐ HOLD at FedEx Location  ☐ SATURDAY Delivery
☒ Direct Signature  ☐ Indirect Signature

**2 To**
Recipient's Name:
Company: Palestine Real Estate Investment Company
Address: Massive Building, Q Centre
Address: Rawabi 666
City:  State/Province:  ZIP/Postal Code:
Country: Palestinian Authority
Email Address:
Recipient's Tax ID Number for Customs Purposes:

**7 Payment**
Bill transportation charges to:
☐ Sender  ☐ Recipient  ☒ Third Party
FedEx Acct. No.: 6471-1061-4

Bill duties and taxes to:
☐ Sender  ☐ Recipient  ☒ Third Party
FedEx Acct. No.: 6471-1061-4

**8 Required Signature**

**3 Shipment Information**
Total Packages: 1
Total Weight:
Commodity Description: Documents
Harmonized Code:
Country of Manufacture: US
Value for Customs: $1
Total Declared Value for Carriage: $1
Total Value for Customs: $1

662

PACKAGE LABEL 8128 4790 7792
COMMERCIAL INVOICE LABEL 8128 4790 7792
DELIVERY RECORD LABEL 8128 4790 7792
DELIVERY REATTEMPT LABEL 8128 4790 7792