UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-CV-23837-RKA

TOM SHALOM, ET AL.

    Plaintiff,

v.

BASHAR MASRI, ET AL.

    Defendants,

FILED BY _____ D.C.
FEB 0 2 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CLERK=S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. ' 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 2nd, day of February 2026, (*summons and complaint*) have been mailed via International Service to:

Defendant: Palestine Development & Investment Co.
Massar Building, Q Centre, Rawabi 666
Palestinian Authority

Country: Palestinian Authority

Article number: 8128 4790 7807

DONE at the Federal Courthouse Square, Miami, Florida, this 2nd day of February 2026.

ANGELA E. NOBLE
Court Administrator $ Clerk of Court

By: _____
Deputy Clerk

c:    U.S. District Judge
    All counsel of record

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

TOM SHALOM, ET AL.
)
)
)
)
)
*Plaintiff(s)*
)
v.
)   Civil Action No.   1:25-cv-23837-RKA
BASHAR MASRI, ET AL.
)
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PALESTINE DEVELOPMENT & INVESTMENT COMPANY
Massar Building, Q Centre
Rawabi 666
Palestinian Authority

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez & Harris, P.A.
255 Alhambra Circle, Suite 330
Coral Gables, Florida  33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 27, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

**FedEx Express** — International Air Waybill

RETAIN THIS COPY FOR YOUR RECORDS.   RRDA 12/17

**1 From** *Please print and press hard.*

- Date: [illegible]
- Sender's Name: Clerk of Court
- Sender's FedEx Account Number: [blank]
- Phone: 305-523-5201
- Company: US District Court for the Southern District of Florida
- Address: Wilkie D. Ferguson, Jr. US Courthouse
- Address: 400 North Miami Ave.
- City: Miami
- State/Province: FL
- ZIP/Postal Code: 33128
- Country: USA
- Email Address: randy_tobie@flsd.uscourts.gov
- Internal Billing Reference: 135771-00001

**2 To**

- Recipient's Name: [blank]
- Company: Palestine Development & Investment Company
- Address: Massar Building, Q Centre
- Address: Ramallah, West Bank
- City: [blank]
- State/Province: [blank]
- ZIP/Postal Code: [blank]
- Country: Palestinian Authority
- Recipient's Tax ID Number for Customs Purposes: [blank]

**3 Shipment Information**

- Commodity Description: DOCUMENTS
- Country of Manufacture: US
- Total Declared Value for Carriage: $1
- Value for Customs: $1
- Total Value for Customs: $1

**4 Express Package Service**

FedEx Tracking Number: 8128 4790 7807   Form ID No. 0402

- [ ] FedEx Intl. First
- [ ] FedEx Intl. Priority
- [ ] FedEx Intl. Economy

**5 Packaging**

- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery
- [x] Direct Signature
- [ ] Indirect Signature

**7 Payment**

- Bill transportation charges to: [ ] Sender  [ ] Recipient  [x] Third Party  [ ] Credit Card  [ ] Cash/Check/Cheque
- FedEx Acct. No.: 6471-1061-4
- Bill duties and taxes to: [ ] Sender  [ ] Recipient  [x] Third Party
- FedEx Acct. No.: 6471-1061-4

**8 Required Signature**

662

PACKAGE LABEL 812847907807
COMMERCIAL INVOICE LABEL 812847907807
DELIVERY RECORD LABEL 812847907807
DELIVERY REATTEMPT LABEL 812847907807