# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-CV-23837-GAYLES

TOM SHALOM, *et al.*,

    Plaintiffs,

v.

BASHAR MASRI, *et al.*,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING

Plaintiffs, pursuant to the Court's Order dated January 27, 2026 [ECF 30] on the Plaintiffs' Motion for Leave to Substitute Delivery Method [ECF 28], hereby give notice of filing of the attached Federal Express proofs of delivery of (a) Plaintiffs' Complaint, (b) the Summonses issued to the respective Corporate Defendants, (c) the Civil Coversheet, (d) the Court's January 27, 2026 Order, and (e) Arabic and Hebrew translations of each of the foregoing documents upon Defendants, Palestine Real Estate Investment Company, Palestine Development & Investment Company, Palestinian Industrial Estate Development Company, and Massar International, Ltd.

February 17, 2026                                            Respectfully submitted,

                                                  **By:**    ***Brian J. Stack***
                                                              Brian J. Stack
                                                              Fla. Bar No. 0476234
                                                              **STACK FERNANDEZ & HARRIS, P.A.**
                                                              255 Alhambra Circle, Suite 330
                                                              Coral Gables, Florida 33134
                                                               Telephone: 305.371.0001
                                                              Facsimile: 305.371.0002
                                                              bstack@stackfernandez.com
                                                              Secondary email: mwolf@stackfernandez.com

                                                              *Local Counsel for All Plaintiffs*

**WILLKIE FARR & GALLAGHER LLP**
Lee Wolosky (admitted *pro hac vice*)
Andrew Lichtman (admitted *pro hac vice*)
Aaron E. Nathan (*pro hac vice* application forthcoming)
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
lwolosky@willkie.com
alichtman@willkie.com
anathan@willkie.com

**OSEN LLC**
Gary M. Osen (admitted *pro hac vice*)
Aaron Schlanger (admitted *pro hac vice*)
190 Moore Street, Suite 272
Hackensack, NJ 07601
Telephone: (201) 265-6400
Facsimile: (201) 265-0303
gosen@osenlaw.com
aschlanger@osenlaw.com

**STEIN MITCHELL BEATO & MISSNER LLP**
Jonathan Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
2000 K St., NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
kattridge@steinmitchell.com

**MOTLEY RICE LLC**
John M. Eubanks (*pro hac vice* application forthcoming)
Michael E. Elsner (*pro hac vice* application forthcoming)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9250
Facsimile: (843) 216-9450
jeubanks@motleyrice.com
melsner@motleyrice.com

FedEx

February 17, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 812847907818

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | X.SHAHD KARRAM | Delivery Location: | |
| Service type: | International Priority | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | SEDA, |
| | | Delivery date: | Feb 15, 2026 15:28 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 812847907818 | Ship Date: | Feb 2, 2026 |
| | | Weight: | 3.75 LB/1.7 KG |
| Recipient: | | Shipper: | |
| SEDA, PS, | | MIAMI, FL, US, | |
| Reference | 135771.00001 | | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

February 17, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 812847907807

| **Delivery Information:** | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | X.LUJAIN AKHRAS | Delivery Location: | |
| Service type: | International Priority | | |
| Special Handling: | Deliver Weekday;<br>Direct Signature Required | | SEDA, |
| | | Delivery date: | Feb 15, 2026 15:28 |

| **Shipping Information:** | | | |
|---|---|---|---|
| Tracking number: | 812847907807 | Ship Date: | Feb 2, 2026 |
| | | Weight: | 3.75 LB/1.7 KG |
| Recipient: | | Shipper: | |
| SEDA, PS, | | MIAMI, FL, US, | |
| Reference | 135771.00001 | | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

February 17, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 812847907781

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | X.ZIAD | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | SEDA, |
| | | **Delivery date:** | Feb 15, 2026 15:28 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 812847907781 | **Ship Date:** | Feb 2, 2026 |
| | | **Weight:** | 3.75 LB/1.7 KG |

**Recipient:**  
SEDA, PS,

**Shipper:**  
MIAMI, FL, US,

**Reference**    13577/.00001

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

FedEx

February 17, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 812847907792

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | X.RAGHAD | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | SEDA, |
| | | **Delivery date:** | Feb 15, 2026 15:28 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 812847907792 | **Ship Date:** | Feb 2, 2026 |
| | | **Weight:** | 3.8 LB/1.73 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| SEDA, PS, | MIAMI, FL, US, |

| **Reference** | 135771.00001 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx