## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:25-CV-23837-GAYLES

_____

TOM SHALOM, *et al.*,

                Plaintiffs,

v.

BASHAR MASRI, *et al.*,

                Defendants.

_____/

### PLAINTIFFS' NOTICE OF FILING

Plaintiffs, by and through their undersigned counsel, hereby give notice of filing of the Declaration of Gary M. Osen, attached as Exhibit A, confirming the successful completion of email service on Defendant Bashar Masri pursuant to this Court's January 12, 2026, Order Granting Plaintiffs' Motion to Serve Defendant Bashar Masri by Alternative Means, ECF No. 27 ("Service Order"). As set forth in the Declaration, the email transmitting the Summons, Complaint, and this Court's Service Order was successfully delivered and confirmed opened at four of the five email addresses to which it was sent on January 30, 2026. Masri's email addresses collectively opened the email 228 times as of February 18, 2026, confirming that the served documents have been received and reviewed by or on behalf of Defendant Masri.

Dated:  February 24, 2026

**STACK FERNANDEZ & HARRIS, P.A.**

**By:**    /s/ Brian J. Stack_____
       **Brian J. Stack**
       Fla. Bar No. 0476234
       255 Alhambra Circle, Suite 330
       Coral Gables, Florida 33134
       Telephone: 305.371.0001
       bstack@stackfernandez.com
       Secondary email: mwolf@stackfernandez.com

*Local Counsel for All Plaintiffs*

**WILLKIE FARR & GALLAGHER LLP**
Lee Wolosky (admitted *pro hac vice*)
Andrew Lichtman (admitted *pro hac vice*)
Aaron E. Nathan (admitted *pro hac vice*)
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
lwolosky@willkie.com
alichtman@willkie.com
anathan@willkie.com

**OSEN LLC**
Gary M. Osen (admitted *pro hac vice*)
Aaron Schlanger (admitted *pro hac vice*)
190 Moore Street, Suite 272
Hackensack, NJ 07601
Telephone: (201) 265-6400
Facsimile: (201) 265-0303
gosen@osenlaw.com
aschlanger@osenlaw.com

**STEIN MITCHELL BEATO & MISSNER LLP**
Jonathan Missner (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
2000 K St., NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
kattridge@steinmitchell.com

**MOTLEY RICE LLC**
John M. Eubanks (admitted *pro hac vice*)
Michael E. Elsner (*pro hac vice* application
forthcoming)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9250
Facsimile: (843) 216-9450
jeubanks@motleyrice.com
melsner@motleyrice.com

2