### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:25-CV-23837-GAYLES**

_____

TOM SHALOM, *et al.*,

            Plaintiffs,

v.

BASHAR MASRI, *et al.*,

            Defendants.

_____/

### <u>DECLARATION OF GARY M. OSEN</u>

I, Gary M. Osen, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm Osen LLC, co-counsel for Plaintiffs in the above-captioned action.

2.      I am over the age of 18 and attest that the facts set forth in this Declaration are true and correct to the best of my knowledge, information, and belief.

3.      This Declaration explains the status of email service on Defendant Bashar Masri ("Masri") following this Court's January 12, 2026, Order, ECF No. 27 ("Service Order"), including the delivery and opening history for each email address to which service was attempted.

4.      The Court's Service Order identified four email addresses for service on Masri: BMasri@rawabi.ps, BMasri@masar.com, info@basharmasri.com, and masrib307@gmail.com. *See* Service Order at 5, ¶ 1(b).

5.      Plaintiffs' counsel identified an additional email address associated with Masri — basharfmasri@outlook.com — which had not been included in Plaintiffs' Motion for Alternative Service, ECF No. 22, or the Court's Service Order. Service was attempted at this address as well.

6.      Additionally, the email address listed in the Motion and Service Order as "BMasri@masar.com" (with a single "s" in "masar") contains a typographical error. The correct spelling of the address, as confirmed by domain registration information associated with Masri's known business entity, is bmasri@massar.com (with a double "s"). Service was attempted at the correct address, bmasri@massar.com.

7.      On January 30, 2026, an email was transmitted simultaneously to the following five email addresses: bmasri@rawabi.ps; bmasri@massar.com; info@basharmasri.com; masrib307@gmail.com; and basharfmasri@outlook.com. The subject line of the email was "Legal Notice," and the email attached the Summons and Complaint, and translations of those documents in English, Hebrew, and Arabic. The email also attached the Court's Service Order in English.

8.      To track delivery and receipt of the email, Mailsuite, an independent third-party email tracking service, was utilized. Mailsuite generates certified delivery reports documenting when and by which recipient email address a message was opened. A true and correct copy of the Mailsuite Email Delivery Certificate is attached hereto as **Exhibit A**.

9.   The results of service were as follows:

   a.   bmasri@rawabi.ps: The email was successfully delivered and confirmed opened on January 30, 2026, as reflected in Mailsuite's certified delivery certificate.

   b.   bmasri@massar.com: The email was successfully delivered and confirmed opened on January 30, 2026, as reflected in Mailsuite's certified delivery certificate.

c. basharfmasri@outlook.com: The email was successfully delivered and confirmed opened on January 30, 2026, as reflected in Mailsuite's certified delivery certificate.

d. info@basharmasri.com: The email was successfully delivered and confirmed opened on January 30, 2026, as reflected in Mailsuite's certified delivery certificate.

e. masrib307@gmail.com: The email was delivered to the Gmail server but was not delivered to the recipient's inbox because the account no longer exists. No read receipt was received for this address.

10. In sum, four of the five email addresses to which service was attempted — bmasri@rawabi.ps, bmasri@massar.com, basharfmasri@outlook.com, and info@basharmasri.com — successfully received and opened the email attaching the Summons and Complaint and this Court's Service Order. Transmission was unsuccessful only as to masrib307@gmail.com, an address that appears to have been deactivated.

11. As reflected in the Mailsuite certified delivery certificate, Masri's email addresses collectively opened the email a total of 228 times as of February 18, 2026. The overwhelming majority of these openings were recorded from the bmasri@rawabi.ps address. The pattern of repeated openings, including multiple openings on the day of delivery and continuing openings through February 18, 2026, is consistent with the email having been forwarded to and reviewed by multiple individuals, and confirms that the email and its contents have been thoroughly reviewed by or on behalf of Defendant Masri.

I declare under penalty of perjury that the foregoing is true and correct.

3

Executed on February 24, 2026

By: _____
Gary M. Osen (admitted *pro hac vice*)
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
Telephone: (201) 265-6400
Facsimile: (201) 265-0303
Gosen@osenlaw.com

# EXHIBIT A

**Email Delivery Certificate generated by Mailsuite**

| | |
|---|---|
| **From** | WFG Service <wfgservice25@gmail.com> |
| **Subject** | Legal Notice |
| **Message ID** | <c3a353b7-f0e8-f901-4257-4e2d1bf3bd0b@gmail.com> |
| **Delivered on** | 30 Jan, 2026 at 11:12 AM |
| **Delivered to** | <bmasri@rawabi.ps>, <bmasri@massar.com>, <info@basharmasri.com>, <masrib307@gmail.com>, <basharfmasri@outlook.com> |

## Tracking history

👁 **Opened** on 18 Feb, 2026 at 1:41 PM by bmasri@rawabi.ps

👁 **Opened** on 18 Feb, 2026 at 1:40 PM by bmasri@rawabi.ps

👁 **Opened** on 15 Feb, 2026 at 3:23 PM by bmasri@rawabi.ps

👁 **Opened** on 15 Feb, 2026 at 3:07 PM by bmasri@rawabi.ps

👁 **Opened** on 15 Feb, 2026 at 3:07 PM by bmasri@rawabi.ps

👁 **Opened** on 10 Feb, 2026 at 10:20 AM by bmasri@rawabi.ps

👁 **Opened** on 10 Feb, 2026 at 2:28 AM by bmasri@rawabi.ps

👁 **Opened** on 9 Feb, 2026 at 4:34 PM by bmasri@rawabi.ps

👁 **Opened** on 9 Feb, 2026 at 4:34 PM by bmasri@rawabi.ps

👁 **Opened** on 9 Feb, 2026 at 4:34 PM by bmasri@rawabi.ps

👁 **Opened** on 9 Feb, 2026 at 4:21 PM by bmasri@rawabi.ps

👁 **Opened** on 4 Feb, 2026 at 9:33 AM by bmasri@rawabi.ps

👁 **Opened** on 4 Feb, 2026 at 9:33 AM by bmasri@rawabi.ps

👁 **Opened** on 4 Feb, 2026 at 9:33 AM by bmasri@rawabi.ps

👁 **Opened** on 4 Feb, 2026 at 9:16 AM by bmasri@rawabi.ps

👁 **Opened** on 4 Feb, 2026 at 9:16 AM by bmasri@rawabi.ps

👁 **Opened** on 4 Feb, 2026 at 9:16 AM by bmasri@rawabi.ps

👁 **Opened** on 2 Feb, 2026 at 6:57 PM by bmasri@rawabi.ps

**✔/ Mailsuite**

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 2 Feb, 2026 at 9:46 AM by bmasri@rawabi.ps

👁 **Opened** on 1 Feb, 2026 at 10:22 PM by bmasri@rawabi.ps

👁 **Opened** on 1 Feb, 2026 at 4:05 PM by bmasri@rawabi.ps

👁 **Opened** on 31 Jan, 2026 at 11:18 PM by bmasri@rawabi.ps

👁 **Opened** on 31 Jan, 2026 at 3:31 PM by bmasri@rawabi.ps

👁 **Opened** on 31 Jan, 2026 at 11:32 AM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 8:59 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 7:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 7:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 7:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 7:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 7:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 7:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 7:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 6:35 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 6:35 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 6:35 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 6:29 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 5:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 5:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 4:31 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 3:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 3:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 3:07 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:54 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:54 PM by bmasri@rawabi.ps

**⎯⎯ Mailsuite**

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 30 Jan, 2026 at 2:54 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:53 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:53 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:53 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:53 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:53 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:52 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:52 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:52 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:52 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:52 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:47 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:42 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:38 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:37 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:37 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:35 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:33 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:33 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:33 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:32 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:32 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:32 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:32 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:32 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:32 PM by bmasri@rawabi.ps

**ɪ/ Mailsuite**

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 30 Jan, 2026 at 2:31 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:31 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:29 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:28 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:28 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:28 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:28 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:28 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:28 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:28 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:25 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:24 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:24 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:23 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:23 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:23 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:23 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:23 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:20 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:20 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:20 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

**✔ Mailsuite**

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

Email Delivery Certificate generated by Mailsuite

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:19 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:18 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:17 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:17 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:16 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:16 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:15 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:15 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:15 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:14 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:14 PM by bmasri@rawabi.ps

**✔/ Mailsuite**

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 30 Jan, 2026 at 2:14 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:14 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:14 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:14 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:14 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:14 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:13 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:12 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:12 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:12 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:11 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:10 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

*v/* **Mailsuite**

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:09 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:08 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:08 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:08 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:08 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:08 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:07 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:07 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:07 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:07 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:07 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:06 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:03 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:03 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 2:03 PM by bmasri@rawabi.ps

✔/ Mailsuite

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁  **Opened** on 30 Jan, 2026 at 2:02 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 2:02 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 2:02 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 2:02 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 2:02 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 2:02 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 2:02 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 2:02 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:58 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:57 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:57 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:57 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:56 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:56 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:56 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:55 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:55 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:55 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:55 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:55 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:55 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:55 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:54 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:54 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:54 PM by bmasri@rawabi.ps

👁  **Opened** on 30 Jan, 2026 at 1:52 PM by bmasri@rawabi.ps

**✓/ Mailsuite**

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 30 Jan, 2026 at 1:51 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:51 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:49 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:47 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:47 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:44 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:43 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:43 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:43 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:43 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:43 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:43 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:43 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:42 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:42 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:42 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:42 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:42 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:39 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:39 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:36 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:17 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 1:15 PM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 12:47 PM by info@basharmasri.com

👁 **Opened** on 30 Jan, 2026 at 12:47 PM by info@basharmasri.com

👁 **Opened** on 30 Jan, 2026 at 11:30 AM by basharfmasri@outlook.com

**✔ Mailsuite**

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 30 Jan, 2026 at 11:13 AM by bmasri@rawabi.ps

👁 **Opened** on 30 Jan, 2026 at 11:13 AM by bmasri@massar.com

✔ Mailsuite

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España