**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-23837**

**TOM SHALOM, et al.,**

    **Plaintiffs,**

**v.**

**BASHAR MASRI, et al.,**

    **Defendants.**

_____/

**ORDER**

    **THIS CAUSE** having come before the Court on the parties' Joint Motion for (1) Proposed Scheduling Order for an Amended Complaint and Related Briefing and (2) Adjournment of Time to File Joint Scheduling Report (the "Motion"). The Court has reviewed the Motion and the record and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. On or before **June 22, 2026**, Plaintiffs shall file an Amended Complaint.

3. Any answer or other response to the Amended Complaint shall be due by **July 31, 2026**.

4. If Defendants file a dispositive motion, any opposition thereto shall be due by **September 18, 2026**. Any reply shall be filed by **October 9, 2026**.

5. The page limits for the Parties' briefing shall be 60 pages for Defendants' motion and Plaintiffs' opposition, and 30 pages for Defendants' reply.

6. The parties shall advise the Court as to the joint scheduling report, proposed scheduling order, and certificate of interested parties by **August 10, 2026**.

7.      The May 25, 2026 deadline for a Proposed Scheduling Order is adjourned to **August 10, 2026** to allow the parties to meet and confer and, in the event that Defendants renew their motion to dismiss, allow Defendants the opportunity to seek deferral of the Scheduling Order and a stay of discovery until after resolution of their dispositive motion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of May, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE