**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

TOM SHALOM, et al.,

Plaintiffs,

v.

BASHAR MASRI, et al.,

Defendants.

Case No. 25-cv-23837 (DPG)

**PLAINTIFFS AND DEFENDANTS' JOINT MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT, PROPOSED SCHEDULING ORDER AND CERTIFICATES OF INTERESTED PARTIES**

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 6(b)(1)(A), the parties jointly move for a one-week extension of the deadline to file their Joint Scheduling Report, Proposed Scheduling Order, and Certificates of Interested Parties ("Proposed Scheduling Order"), from October 16, 2026, to October 23, 2026, or in the alternative to file competing orders for the Court's consideration. For good cause, the parties state as follows:

**BACKGROUND**

1. Plaintiffs filed their Complaint on August 26, 2025 [ECF 1].

2. On May 8, 2026, Defendants filed a consolidated motion to dismiss Plaintiffs' Complaint [ECF 52]. That same day, the Court entered an Order requiring the Parties to file a joint Proposed Scheduling Order by May 25, 2026 [ECF 53].

3. On May 22, 2026, the Parties filed, among others, a Joint Motion for Adjournment of Time to File the Joint Proposed Scheduling Order [ECF 58], in which the Parties requested, among other things, that the May 25, 2026, deadline for filing a Joint Scheduling Report be adjourned to August 10, 2026, to allow the Parties to meet and confer.

4. On May 22, 2026, the Court granted the Joint Motion, ordering, among other things, that Plaintiffs file an Amended Complaint on or before June 22, 2026, and that the Parties advise the Court as to the joint Proposed Scheduling Order by August 10, 2026 [ECF 59].

5. Plaintiffs have since filed their Amended Complaint, and the parties have fully briefed the Motion to Dismiss the Amended Complaint and related Opposition [ECF 61-62].

6. On August 7, 2026, Defendants moved to stay discovery pending resolution of their Motion to Dismiss the Amended Complaint and to adjourn the August 10, 2026, deadline for the Proposed Scheduling Order until after the Court resolves the Motion to Dismiss [ECF 65]. Upon a hearing on Defendants' Motion to Stay, on October 1, 2026, and upon denying the motion, the Court ordered the parties to confer and submit a Proposed Scheduling Order on October 16, 2026.

7. Counsel for the Parties have been conferring on the various issues for consideration on all sides, for a suitable Proposed Scheduling Order for this case. Counsel anticipate having more concrete information next week bearing on the Proposed Scheduling Order and require a brief extension to allow that process to continue.

**ARGUMENT**

8. Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may, for good cause, extend the time to act "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1011–12 (11th Cir. 2017). This request is made before the current deadline expires on October 16, 2026.

9. Good cause exists for the requested one-week extension. The parties have been conferring in good faith to make certain preliminary determinations that may have an impact upon the Proposed Scheduling Order. A brief additional time will therefore allow counsel to confer

further through next week based on more concrete information and to potentially develop a more realistic and workable proposed schedule for this action, whether jointly or, if the parties are unable to reach agreement on all issues, through competing proposals presented to the Court.

10. Given the complex nature of this action, a schedule informed by that additional information will better serve the parties and the Court than one prepared on the current timeline. It will also reduce the likelihood that further modifications to the schedule will be required in the near term.

11. In addition to the brevity of the extension request, all parties agree on the propriety of the extension and represent that the requested extension is made in good faith, not for purposes of delay, and will not prejudice any party or the Court.

**REQUESTED RELIEF**

WHEREFORE, the parties respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, extending the deadline for the Parties to file their Proposed Scheduling Order, from October 16, 2026, through and including Friday, October 23, 2026, and granting such other and further relief as the Court deems just and proper.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

In accordance with Local Rule 7.1(a)(3), the undersigned counsel certify they conferred by telephone and email on October 9, 12-15, 2026, regarding the relief requested in this Motion and all parties agree to the relief requested and jointly submit this motion.

Dated: October 16, 2026

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: *__/s/ Markenzy Lapointe________*
Markenzy Lapointe
Florida Bar No. 172601
Markenzy.lapointe@pillsburylaw.com
600 Brickell Avenue, Suite 3100
Miami, Florida 33131
Phone: (786) 913-4831
Fax: (786) 913-4901

Carolina A. Fornos (admitted *pro hac vice*)
Christopher C. Caffarone (admitted *pro hac vice*)
31 West 52nd Street
New York, NY 10039
Phone: (212) 858-1000
Fax: (212) 858-1500
carolina.fornos@pillsburylaw.com
christopher.caffarone@pillsburylaw.com

Melissa Lesmes (admitted *pro hac vice*)
Waleed Nassar (admitted *pro hac vice*)
1200 17th Street NW
Washington, D.C. 20036
melissa.lesmes@pillsburylaw.com
waleed.nassar@pillsburylaw.com

*Attorneys for Defendants Bashar Masri, Palestine Real Estate Investment Company, Palestine Development & Investment Company, Palestine Industrial Estate Development Company, and Massar International, LTD.*

**STACK FERNANDEZ & HARRIS, P.A.**

By: *__/s/ Brian J. Stack________*
Brian J. Stack
Fla. Bar No. 0476234
255 Alhambra Circle, Suite 330
Coral Gables, Florida 33134
Telephone: 305.371.0001
Facsimile: 305.371.0002
bstack@stackfernandez.com
Secondary email: mwolf@stackfernandez.com

*Local Counsel for All Plaintiffs*

**WILLKIE FARR & GALLAGHER LLP**

By: *__/s/ Lee Wolosky________*
Lee Wolosky (admitted *pro hac vice*)
Andrew Lichtman (admitted *pro hac vice*)
Aaron E. Nathan (admitted *pro hac vice*)
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
lwolosky@willkie.com
alichtman@willkie.com
anathan@willkie.com

**OSEN LLC**

By: *__/s/ Gary Osen________*
Gary M. Osen (admitted *pro hac vice*)
Aaron Schlanger (admitted *pro hac vice*)
190 Moore Street, Suite 272
Hackensack, NJ 07601
Telephone: (201) 265-6400
Facsimile: (201) 265-0303
gosen@osenlaw.com
aschlanger@osenlaw.com

**STEIN MITCHELL BEATO & MISSNER LLP**

By: */s/ Jonathan Missner*
Jonathan Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
2000 K St., NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
kattridge@steinmitchell.com

**MOTLEY RICE LLC**

By: */s/ John M. Eubanks*
John M. Eubanks (admitted *pro hac vice*)
Michael E. Elsner (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jeubanks@motleyrice.com
melsner@motleyrice.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF, which will send notification of such filing to all counsel of record.

By: *___/s/ Markenzy Lapointte___*
Markenzy Lapointe
Florida Bar No. 172601