**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-23837-GAYLES**

**TOM SHALOM, et al.,**
**Plaintiffs,**

**v.**

**BASHAR MASRI, et al.,**
**Defendants.**
______________________________________/

**PLAINTIFFS' PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE FOR COMPLEX TRACK**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **11/13/2028**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, 11/08/2028**. A **Status Conference** will be held at **10:00 a.m. on Wednesday, 08/30/2028**. The parties shall adhere to the following schedule:

| | |
|---|---|
| 1. Deadline for Parties to Submit Proposed ESI Protocol and Protective Order | **11/09/2026** |
| 2. Deadline for Parties to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | **11/23/2026** |
| 3. Deadline for Parties to Submit Joint (or competing) Bellwether Proposals | **12/14/2026** |
| 4. Joinder of additional parties and filing of motions to amend the pleadings by | **06/30/2027** |
| 5. Substantial Completion of Party Document Productions (excluding Plaintiff-specific documents for non-bellwether Plaintiffs) | **06/30/2027** |
| 6. Deadline for Motions to Compel Party Document Productions | **07/28/2027** |
| 7. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **08/20/2027** |
| 8. Completion of Fact Discovery | **11/23/2027** |
| 9. Parties shall disclose experts, expert witness summaries, and reports | **01/24/2028** |

| | |
|---|---|
| as required by Fed. R. Civ. P. 26(a)(2) by | |
| 10. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **03/20/2028** |
| 11. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **03/27/2028** |
| 12. Expert discovery shall be completed by **[at least five months before Trial date]** | **05/22/2028** |
| 13. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by **[at least four months before Trial date]** | **06/21/2028** |
| 14. Mediation shall be completed by **[at least three months before Trial date]** | **08/03/2028** |
| 15. All pretrial motions and memoranda of law, including motions in limine, shall be filed by **[at least two months before Trial date]** | **09/12/2028** |
| 16. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **[at least one month before Trial date]** | **10/03/2028** |

Additionally, the parties propose that, notwithstanding S.D. Fla. L.R. 7.1(c)(1), responses to motions for summary judgment and *Daubert* motions shall be filed by **07/27/2028**, and replies shall be filed by **08/24/2028**.

**By:** **Attorneys for Plaintiffs**